**POMERANTZ LLP**
Jeremy A. Lieberman (admitted *pro hac vice*)
Brenda Szydlo (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile:  212-661-8665
Email: jalieberman@pomlaw.com
Email: bszydlo@pomlaw.com

*Lead Counsel for Plaintiffs and
the Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LIKAS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHINACACHE INTERNATIONAL HOLDINGS LTD., SONG WANG, GUANGSHENG MENG, FENGYE GAO, and JING AN,<br><br>Defendants. | No.: 2:19-cv-06942-FMO-SS<br><br>**DECLARATION OF JING CHEN IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE ON TWO DEFENDANTS**<br><br>Judge: Hon. Fernando M. Olguin<br>Date:    January 16, 2020<br>Time:    10:00 a.m.<br>Courtroom: 6D |

I, Jing Chen, hereby declare as follows:

1.    I am an attorney with The Rosen Law Firm P.A. ("Rosen"), additional counsel for Lead Plaintiffs ("Plaintiffs") in this matter. I am a native Chinese speaker. I

am also proficient in English. I submit this Declaration in support of the Motion for Alternative Service on Two Defendants. I am over the age of 18 and in all respects qualified to make this declaration. If I were called to testify on the stand, I would testify to the facts as stated below.

2. Based on my own search in the SEC filings of Defendant ChinaCache International Holdings Ltd. ("ChinaCache"), Defendants Song Wang, Guangsheng Meng, Fengye Gao and Jing An ("Individual Defendants") are residents of China, but have resigned from the Company with the exception of Defendant Fengye Gao.

3. On October 3, 2019, I caused Mr. Manuel Bayo, process server from Rush Legal Services, to personally go to Law Debenture Corporate Services, Inc. ("Law Debenture"), the registered agent for service process provided by ChinaCache in its latest Form 20-F filed with the SEC, at 801 Second Avenue, Suite 402, New York, NY 10017, in order to serve the summons and complaint on the Company in person. A representative at Law Debenture told our agent that ChinaCache had deactivated Law Debenture's representation as of April 9, 2017 and Law Debenture no longer was ChinaCache's registered agent. Therefore, Law Debenture could not accept service on behalf of ChinaCache.

DECLARATION OF JING CHEN IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE ON TWO DEFENDANTS
2:19-cv-06942-FMO-SS

4.     On October 10, 2019, Ms. Diana Arias-Hernandez, Senior Manager at Law Debenture confirmed via email that Law Debenture no longer represented ChinaCache since April 2017. (Ex. 1)

5.     On October 10, 2019 and October 20, 2019 respectively, I caused one of my colleagues to call Citi Institutional Clients Group at 212-816-0267 and Citigroup Global Markets at 888-274-4650 to inquire about whether Citi would accept service on behalf of all defendants. Both telephone numbers led to an automated message saying the person being called is unavailable with no ability to leave a message.

6.     On October 10, 2019, I also caused one of my colleagues to fill out the online contact form from Citi's Markets and Securities Services Department to inquire about whether Citi would accept service on behalf of all defendants. There has been no response as of yet.

7.     On October 15, 2019, I caused the Requests for Service Abroad of Summons and Complaint on all defendants to be shipped to the International Legal Cooperation Center of the Ministry of Justice of the People's Republic of China ("China"), the receiving authority designated by the Chinese central government, via FedEx according to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention"). (Ex. 2) The FedEx package was delivered on October 18, 2019. (Ex. 3)

DECLARATION OF JING CHEN IN SUPPORT OF MOTION
FOR ALTERNATIVE SERVICE ON TWO DEFENDANTS
2:19-cv-06942-FMO-SS

8.      On October 10, 2019, I caused the summons and complaint to be mailed to Law Debenture via certified mail, which was delivered on October 16, 2019. (Ex. 4)

9.      On December 9, 2019, I called the Depositary Receipts Department of Citibank, N.A. at 877-248-4237 to inquire about whether Citi would accept service on behalf of all defendants. An associate told me that I should mail my inquiry to Citibank, N.A. Shareholder Services, 150 Royall Street Canton, MA 02021.

10.     On December 9, 2019, I emailed to Mr. James Kreissman, Esq., senior West Coast litigator and Chair of Asia Litigation Practice at Simpson Thacher & Bartlett LLP ("Simpson Thacher") to inquire about whether ChinaCache had retained Simpson Thacher in the instant case. Mr. Kreissman responded that ChinaCache did not retain Simpson Thacher in the litigation but might possibly retain Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel").

11.     Then on December 9, 2019, I emailed to Messrs. Richard A. Schirtzer, Esq. and Sascha N. Rand, Esq. at Quinn Emanuel to inquire about whether ChinaCache had retained Quinn Emanuel in the instant case. Based on Quinn Emanuel's official website, Mr. Schirtzer is the Head of Complex Litigation at the firm. Mr. Rand is a partner based at the New York office of Quinn Emanuel and oftentimes represented corporate defendants in securities class actions. As of when this Motion is filed, I have not heard back from either of them.

DECLARATION OF JING CHEN IN SUPPORT OF MOTION
FOR ALTERNATIVE SERVICE ON TWO DEFENDANTS
2:19-cv-06942-FMO-SS

4

12.     On December 9, 2019, I called the International Legal Cooperation Center of the Ministry of Justice of China to inquire about the status of the Hague service requests on all defendants in China. An official at the Center confirmed that they had received our requests and had forwarded them to the Supreme People's Court of China. The official stated that the Supreme People's Court would forward our requests to the relevant local court. When I inquired about the time duration required for receiving any response from the Chinese government regarding whether the service was successful, the official stated that it usually takes 6-10 months but it could be difficult to predict as the service would depend on each individual local court's practice.

13.     On December 10, 2019, I caused a copy of summons and complaint with their Chinese translations to be mailed via FedEx to ChinaCache International Holdings Ltd., at Section A, Building 3, Dian Tong Creative Square, No. 7 Jiuxianqiao North Road, Chaoyang District, Beijing, 100015, China, Attention: Bin Liu, Acting Chief Financial Officer. Ex. 5

14.     On December 10, 2019, I caused a copy of the summons and complaint to be mailed via FedEx to Citibank, N.A., 388 Greenwich Street, New York, New York 10013, Attention:  Depositary Receipts Department. Ex. 6.

DECLARATION OF JING CHEN IN SUPPORT OF MOTION
FOR ALTERNATIVE SERVICE ON TWO DEFENDANTS
2:19-cv-06942-FMO-SS

5

15. On December 10, 2019, I caused a copy of summons and complaint to be mailed via Fedex to Citibank, N.A. Shareholder Services, 150 Royall Street Canton, MA 02021. Ex. 7.

16. I have also found on the website qixin.com that ChinaCache provided an email address ring.ying@chinacache.com as part of its official enterprise contact information in the 2018 annual report that ChinaCache filed with the State Administration of Market Regulation of China on June 25, 2019. Ex. 8. Qixin.com is a reputable online database in China, which aggregates all the public information published by Chinese government's databases, such as China's National Enterprise Credit Information Publicity System and China Supreme People's Court's China Judgments and Orders Network.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of December, 2019.

/s/ *Jing Chen*
Jing Chen

DECLARATION OF JING CHEN IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE ON TWO DEFENDANTS
2:19-cv-06942-FMO-SS

CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/  Jeremy A. Lieberman*
Jeremy A. Lieberman

DECLARATION OF JING CHEN IN SUPPORT OF MOTION
FOR ALTERNATIVE SERVICE ON TWO DEFENDANTS
2:19-cv-06942-FMO-SS

7