# EXHIBIT 1

## Zachary Stanco

---

| | |
|---|---|
| **From:** | Diana Arias <diana.arias-hernandez@lawdeb.com> |
| **Sent:** | Thursday, October 10, 2019 7:12 AM |
| **To:** | Zachary Stanco |
| **Subject:** | Re: ChinaCache Contract |

Dear Zachary,

Per our conversation yesterday morning,  we no longer represent ChinaCache since April of 2017.

Kind regards,
Diana

On Oct 9, 2019, at 10:09 AM, Zachary Stanco <zstanco@rosenlegal.com> wrote:

Good morning, Diana.

As per our discussion this morning, I would appreciate something in writing regarding ChinaCache International Holdings Ltd.'s contract with your company and it's apparent end in April of 2017. Per page 37 of the enclosed Form 20-F filed by the company on April 30, 2018, ChinaCache lists Law Debenture Corporate Services Inc. as their "agent for service" well after the date of their contract's end.

Thank you.

Zach Stanco
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: 212-686-1060
Fax: 212-202-3827
Email: zstanco@rosenlegal.com

<Extracted Pages from ChinaCache 2018-04-30 Form 20-F.pdf>

1