# EXHIBIT 2

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| Laurence M. Rosen, The Rosen Law Firm, P.A. | International Legal Cooperation Center (ILCC) |
| 355 South Grand Avenue, Suite 2450 | Ministry of Justice of China |
| Los Angeles, CA 90071 | 33, Pinganli Xidajie |
| Telephone: (213) 785-2610 | Xicheng District |
| Facsimile: (213) 226-4684 | Beijing 100035 |
| Email: lrosen@rosenlegal.com | People's Republic of China |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
ChinaCache International Holdings Ltd.
Section A, Building 3, Dian Tong Creative Square
No.7 Jiuxianqiao North Road, Chaoyang District
Beijing, 100015, China

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*** selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:** selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\*** le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

- Class Action Complaint
- Summons

\* if appropriate / s'il y a lieu

| **Done at** / Fait à Los Angeles, CA, USA, | **Signature and/or stamp** |
|---|---|
| | Signature et / ou cachet |
| **The /** le  15 October 2019 | *Lau Rosen* |

Permanent Bureau July 2017

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
que la demande a été exécutée*

| | |
|---|---|
| **– the (date)** / le (date): | |
| **– at (place, street, number):** à (localité, rue, numéro) : | |

| | |
|---|---|
| **– in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | |
| ☐ *a)* **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*** selon les formes légales (article 5, alinéa premier, lettre *a*))* | |
| ☐ *b)* **in accordance with the following particular method*:** selon la forme particulière suivante* : _____ | |
| ☐ *c)* **by delivery to the addressee, if he accepts it voluntarily*** par remise simple* | |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:** Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants*:

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes / Annexes*

| | |
|---|---|
| **Documents returned:** Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à<br><br>**The** / le | **Signature and/or stamp** Signature et / ou cachet |

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
ChinaCache International Holdings Ltd.
Section A, Building 3, Dian Tong Creative Square
No.7 Jiuxianqiao North Road, Chaoyang District
Beijing, 100015, China

### IMPORTANT

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

Permanent Bureau July 2017

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Laurence M. Rosen, The Rosen Law Firm, P.A.<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Email: lrosen@rosenlegal.com |
| **Particulars of the parties\*:**<br>Identité des parties\* : | William Likas, Individually and On Behalf of All Others Similarly Situated v. ChinaCache International Holdings Ltd., Song Wang, Guangsheng Meng, Fengye Gao, and Jing An |

\*  If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒  **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | Complaint alleging violation of federal securities laws by defendants |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | For shareholders to recover damages from defendants in U.S. Court |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | Appear at United States District Court Central District of California, 350 W. 1st Street, Suite 4311, Los Angeles, CA 90012 |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | N/A |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | Defendant has 21 days to respond to the summons and complaint |

\*\* if appropriate / s'il y a lieu

☐  **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | |
| **Time-limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | |

\*\* if appropriate / s'il y a lieu

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant** | **Address of receiving authority** |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| Laurence M. Rosen, The Rosen Law Firm, P.A. | International Legal Cooperation Center (ILCC) |
| 355 South Grand Avenue, Suite 2450 | Ministry of Justice of China |
| Los Angeles, CA 90071 | 33, Pinganli Xidajie |
| Telephone: (213) 785-2610 | Xicheng District |
| Facsimile: (213) 226-4684 | Beijing 100035 |
| Email: lrosen@rosenlegal.com | People's Republic of China |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| **(identity and address)** |
|---|
| (identité et adresse) |
| Fengye Gao |
| c/o ChinaCache International Holdings Ltd. |
| Section A, Building 3, Dian Tong Creative Square |
| No.7 Jiuxianqiao North Road, Chaoyang District |
| Beijing, 100015, China |

| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
|---|---|---|
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :<br>_____ |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

- Class Action Complaint
- Summons

\* if appropriate / s'il y a lieu

| **Done at** / Fait à Los Angeles, CA, USA,<br><br>**The** / le  15 October 2019 | **Signature and/or stamp**<br>Signature et / ou cachet<br><br>*[signature]* |
|---|---|

Permanent Bureau July 2017

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| | |
|---|---|
| **– the (date)** / le (date): | |
| **– at (place, street, number):** à (localité, rue, numéro) : | |

| | | |
|---|---|---|
| **– in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | | |
| ☐ | *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\*** selon les formes légales (article 5, alinéa premier, lettre *a*))\* |
| ☐ | *b)* | **in accordance with the following particular method\*:** selon la forme particulière suivante\* : _____ |
| ☐ | *c)* | **by delivery to the addressee, if he accepts it voluntarily\*** par remise simple\* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:** Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\*:

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

*Annexes* / Annexes

| | |
|---|---|
| **Documents returned:** Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

\*  if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à<br><br>**The** / le | **Signature and/or stamp** Signature et / ou cachet |

Permanent Bureau July 2017

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
Fengye Gao
c/o ChinaCache International Holdings Ltd.
Section A, Building 3, Dian Tong Creative Square
No.7 Jiuxianqiao North Road, Chaoyang District
Beijing, 100015, China

### IMPORTANT

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:** Nom et adresse de l'autorité requérante : | Laurence M. Rosen, The Rosen Law Firm, P.A. 355 South Grand Avenue, Suite 2450 Los Angeles, CA 90071 Telephone: (213) 785-2610 Email: lrosen@rosenlegal.com |
| **Particulars of the parties***: Identité des parties* : | William Likas, Individually and On Behalf of All Others Similarly Situated v. ChinaCache International Holdings Ltd., Song Wang, Guangsheng Meng, Fengye Gao, and Jing An |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE**

| | |
|---|---|
| **Nature and purpose of the document:** Nature et objet de l'acte : | Complaint alleging violation of federal securities laws by defendants |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** Nature et objet de l'instance, le cas échéant, le montant du litige : | For shareholders to recover damages from defendants in U.S. Court |
| **Date and Place for entering appearance\*\*:** Date et lieu de la comparution** : | Appear at United States District Court Central District of California, 350 W. 1st Street, Suite 4311, Los Angeles, CA 90012 |
| **Court which has given judgment\*\*:** Juridiction qui a rendu la décision** : | N/A |
| **Date of judgment\*\*:** Date de la décision** : | N/A |
| **Time limits stated in the document\*\*:** Indication des délais figurant dans l'acte** : | Defendant has 21 days to respond to the summons and complaint |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE**

| | |
|---|---|
| **Nature and purpose of the document:** Nature et objet de l'acte : | |
| **Time-limits stated in the document\*\*:** Indication des délais figurant dans l'acte** : | |

\*\* if appropriate / s'il y a lieu

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant** | **Address of receiving authority** |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| Laurence M. Rosen, The Rosen Law Firm, P.A. | International Legal Cooperation Center (ILCC) |
| 355 South Grand Avenue, Suite 2450 | Ministry of Justice of China |
| Los Angeles, CA 90071 | 33, Pinganli Xidajie |
| Telephone: (213) 785-2610 | Xicheng District |
| Facsimile: (213) 226-4684 | Beijing 100035 |
| Email: lrosen@rosenlegal.com | People's Republic of China |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
Guangsheng Meng
c/o ChinaCache International Holdings Ltd.
Section A, Building 3, Dian Tong Creative Square
No.7 Jiuxianqiao North Road, Chaoyang District
Beijing, 100015, China

| ☒ | a) | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\*** <br> selon les formes légales (article 5, alinéa premier, lettre *a*))\* |
|---|---|---|
| ☐ | b) | **in accordance with the following particular method (sub-paragraph *b*) of the first paragraph of Article 5)\*:** <br> selon la forme particulière suivante (article 5, alinéa premier, lettre *b*)\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\*** <br> le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

*List of documents* / Énumération des pièces

- Class Action Complaint
- Summons

\* if appropriate / s'il y a lieu

| **Done at** / Fait à Los Angeles, CA, USA, <br><br> **The /** le  15 October 2019 | **Signature and/or stamp** <br> Signature et / ou cachet <br><br> *Laur Rosen* |
|---|---|

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| | |
|---|---|
| **➖ the (date)** / le (date)**:** | |
| **➖ at (place, street, number):** à (localité, rue, numéro) : | |

| | |
|---|---|
| **➖ in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | |
| ☐ *a)* **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\*** selon les formes légales (article 5, alinéa premier, lettre *a*))\* | |
| ☐ *b)* **in accordance with the following particular method\*:** selon la forme particulière suivante\* : | |
| ☐ *c)* **by delivery to the addressee, if he accepts it voluntarily\*** par remise simple\* | |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:** Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\*:

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

*Annexes* / Annexes

| | |
|---|---|
| **Documents returned:** Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

\*  if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à  **The** / le | **Signature and/or stamp** Signature et / ou cachet |

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
Guangsheng Meng
c/o ChinaCache International Holdings Ltd.
Section A, Building 3, Dian Tong Creative Square
No.7 Jiuxianqiao North Road, Chaoyang District
Beijing, 100015, China

### IMPORTANT

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

Permanent Bureau July 2017

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:** <br> Nom et adresse de l'autorité requérante : | Laurence M. Rosen, The Rosen Law Firm, P.A. <br> 355 South Grand Avenue, Suite 2450 <br> Los Angeles, CA 90071 <br> Telephone: (213) 785-2610 <br> Email: lrosen@rosenlegal.com |
| **Particulars of the parties\*:** <br> Identité des parties\* : | William Likas, Individually and On Behalf of All Others Similarly Situated v. ChinaCache International Holdings Ltd., Song Wang, Guangsheng Meng, Fengye Gao, and Jing An |

\*  If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE**

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | Complaint alleging violation of federal securities laws by defendants |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** <br> Nature et objet de l'instance, le cas échéant, le montant du litige : | For shareholders to recover damages from defendants in U.S. Court |
| **Date and Place for entering appearance\*\*:** <br> Date et lieu de la comparution\*\* : | Appear at United States District Court Central District of California, 350 W. 1st Street, Suite 4311, Los Angeles, CA 90012 |
| **Court which has given judgment\*\*:** <br> Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:** <br> Date de la décision\*\* : | N/A |
| **Time limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | Defendant has 21 days to respond to the summons and complaint |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE**

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | |
| **Time-limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | |

\*\* if appropriate / s'il y a lieu

## REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant** | **Address of receiving authority** |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| Laurence M. Rosen, The Rosen Law Firm, P.A. | International Legal Cooperation Center (ILCC) |
| 355 South Grand Avenue, Suite 2450 | Ministry of Justice of China |
| Los Angeles, CA 90071 | 33, Pinganli Xidajie |
| Telephone: (213) 785-2610 | Xicheng District |
| Facsimile: (213) 226-4684 | Beijing 100035 |
| Email: lrosen@rosenlegal.com | People's Republic of China |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

> **(identity and address)**
> (identité et adresse)
> Jing An
> c/o ChinaCache International Holdings Ltd.
> Section A, Building 3, Dian Tong Creative Square
> No.7 Jiuxianqiao North Road, Chaoyang District
> Beijing, 100015, China

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*** <br> selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:** <br> selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\*** <br> le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

- Class Action Complaint
- Summons

\* if appropriate / s'il y a lieu

| **Done at** / Fait à Los Angeles, CA, USA, <br><br> **The** / le 15 October 2019 | **Signature and/or stamp** <br> Signature et / ou cachet <br><br> *Laur Rosen* |
|---|---|

Permanent Bureau July 2017

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
que la demande a été exécutée*

| | |
|---|---|
| **– the (date)** / le (date): | |
| **– at (place, street, number):** à (localité, rue, numéro) : | |

| | | |
|---|---|---|
| **– in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | | |
| ☐ | *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***  selon les formes légales (article 5, alinéa premier, lettre *a*))* |
| ☐ | *b)* | **in accordance with the following particular method*:** selon la forme particulière suivante* : _____ |
| ☐ | *c)* | **by delivery to the addressee, if he accepts it voluntarily*** par remise simple* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:** Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants*:

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes* / Annexes

| | |
|---|---|
| **Documents returned:** Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à **The** / le | **Signature and/or stamp** Signature et / ou cachet |

Permanent Bureau July 2017

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
Jing An
c/o ChinaCache International Holdings Ltd.
Section A, Building 3, Dian Tong Creative Square
No.7 Jiuxianqiao North Road, Chaoyang District
Beijing, 100015, China

### IMPORTANT

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Laurence M. Rosen, The Rosen Law Firm, P.A.<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Email: lrosen@rosenlegal.com |
| **Particulars of the parties***:<br>Identité des parties* : | William Likas, Individually and On Behalf of All Others Similarly Situated v. ChinaCache International Holdings Ltd., Song Wang, Guangsheng Meng, Fengye Gao, and Jing An |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT****
ACTE JUDICIAIRE****

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | Complaint alleging violation of federal securities laws by defendants |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | For shareholders to recover damages from defendants in U.S. Court |
| **Date and Place for entering appearance****:**<br>Date et lieu de la comparution** : | Appear at United States District Court Central District of California, 350 W. 1st Street, Suite 4311, Los Angeles, CA 90012 |
| **Court which has given judgment****:**<br>Juridiction qui a rendu la décision** : | N/A |
| **Date of judgment****:**<br>Date de la décision** : | N/A |
| **Time limits stated in the document****:**<br>Indication des délais figurant dans l'acte** : | Defendant has 21 days to respond to the summons and complaint |

** if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT****
ACTE EXTRAJUDICIAIRE****

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | |
| **Time-limits stated in the document****:**<br>Indication des délais figurant dans l'acte** : | |

** if appropriate / s'il y a lieu

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| Laurence M. Rosen, The Rosen Law Firm, P.A. | International Legal Cooperation Center (ILCC) |
| 355 South Grand Avenue, Suite 2450 | Ministry of Justice of China |
| Los Angeles, CA 90071 | 33, Pinganli Xidajie |
| Telephone: (213) 785-2610 | Xicheng District |
| Facsimile: (213) 226-4684 | Beijing 100035 |
| Email: lrosen@rosenlegal.com | People's Republic of China |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
Song Wang
c/o ChinaCache International Holdings Ltd.
Section A, Building 3, Dian Tong Creative Square
No.7 Jiuxianqiao North Road, Chaoyang District
Beijing, 100015, China

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*** <br> selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:** <br> selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\*** <br> le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

*List of documents* / Énumération des pièces

- Class Action Complaint
- Summons

\*  if appropriate / s'il y a lieu

| **Done at** / Fait à Los Angeles, CA, USA, <br><br> **The /** le  15 October 2019 | Signature and/or stamp <br> Signature et / ou cachet |
|---|---|

Permanent Bureau July 2017

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| | |
|---|---|
| — **the (date)** / le (date): | |
| — **at (place, street, number):**<br>à (localité, rue, numéro) : | |

| | | |
|---|---|---|
| — **in one of the following methods authorised by Article 5:**<br>dans une des formes suivantes prévues à l'article 5 : | | |
| ☐ | *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre *a*))\* |
| ☐ | *b)* | **in accordance with the following particular method\*:**<br>selon la forme particulière suivante\* :<br>_____ |
| ☐ | *c)* | **by delivery to the addressee, if he accepts it voluntarily\***<br>par remise simple\* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\*:

| |
|---|
| |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

*Annexes* / Annexes

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | |

\*  if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à<br><br>**The** / le | **Signature and/or stamp**<br>Signature et / ou cachet |

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
Song Wang
c/o ChinaCache International Holdings Ltd.
Section A, Building 3, Dian Tong Creative Square
No.7 Jiuxianqiao North Road, Chaoyang District
Beijing, 100015, China

### IMPORTANT

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:** <br> Nom et adresse de l'autorité requérante : | Laurence M. Rosen, The Rosen Law Firm, P.A. <br> 355 South Grand Avenue, Suite 2450 <br> Los Angeles, CA 90071 <br> Telephone: (213) 785-2610 <br> Email: lrosen@rosenlegal.com |
| **Particulars of the parties\*:** <br> Identité des parties\* : | William Likas, Individually and On Behalf of All Others Similarly Situated v. ChinaCache International Holdings Ltd., Song Wang, Guangsheng Meng, Fengye Gao, and Jing An |

\*  If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒  **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE**

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | Complaint alleging violation of federal securities laws by defendants |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** <br> Nature et objet de l'instance, le cas échéant, le montant du litige : | For shareholders to recover damages from defendants in U.S. Court |
| **Date and Place for entering appearance\*\*:** <br> Date et lieu de la comparution\*\* : | Appear at United States District Court Central District of California, 350 W. 1st Street, Suite 4311, Los Angeles, CA 90012 |
| **Court which has given judgment\*\*:** <br> Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:** <br> Date de la décision\*\* : | N/A |
| **Time limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | Defendant has 21 days to respond to the summons and complaint |

\*\* if appropriate / s'il y a lieu

☐  **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE**

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | |
| **Time-limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte\*\* : | |

\*\* if appropriate / s'il y a lieu

劳伦斯·M·罗森律师 （SBN 219683）

罗森法律事务所，P.A.

美国加利福尼亚州南洛杉矶市格兰大道 355 号 2450 室，90071

电话：(213)785-2610

传真：(213)226-4684

电子邮件：lrosen@roseniegal.com

*原告律师*

美国地方法院
加利福尼亚中区

| | |
|---|---|
| 威廉·利卡斯，以个人名义，<br>并代表其他类似境遇者， | ）<br>）<br>）案件编号： |
| *原告* | ） |
| | ）违反联邦证券法的集体诉讼之起诉状 |
| 诉 | ） |
| | ）要求陪审团审判 |
| 北京蓝汛通信技术有限责任公司，<br>王松，孟广胜，高凤业，<br>和安静 | ）<br>）<br>） |
| | ） |
| *被告* | ） |

原告威廉·利卡斯（"原告"），以个人名义并代表其他类似境遇者，并由其签字律师代表，就原告对被告的诉讼，根据原告的个人认知和其自身行为，以及基于原告律师进行的调查而获悉的所有其他事项的信息和确信，其中包括查阅被告的公开文件、会议电话和被告所做的公告的，美国（"美国"）证券交易委员会（"SEC"）备案，由北京蓝汛通信技术有限责任公司（"蓝汛"或"本公司"）发布并与之相关的电报和新闻稿，

违反联邦证券法的集体诉讼之起诉状

分析师对公司的报告和建议，以及在互联网上容易获得的信息，指控如下。原告认为，在合理的发现机会之后，将有大量证据支持本起诉状所述的指控。

## 诉讼性质

1.　　　本诉讼为代表在 2015 年 4 月 10 日至 2019 年 5 月 17 日期间（以下简称"集体诉讼期"），包含首尾两日，购买或以其他方式取得蓝汛证券的所有人（除被告外）组成的集体，对公司及其某些高管提起的联邦证券集体诉讼，以期弥补因被告违反 1934《证券交易法》（"交易法"）第 10（b）和 20（a）条以及根据该法颁布的 10b-5 规则的行为所造成的损失，。

2.　　　北京蓝汛通信技术有限责任公司成立于 1998 年，总部设在中华人民共和国北京。北京蓝汛通信技术有限责任公司的美国存托凭证（ADR）在纳斯达克交易，代码为"CCIH"。

3.　　　蓝汛是一家在中国提供内容和应用交付服务的投资控股公司。它旨在为企业、政府机构和其他企业提供一系列服务和解决方案，以增强其在线服务和应用的可靠性和可扩展性。

4.　　　在整个集体诉讼期期间，被告就公司的业务、运营和合规政策做出了重大虚假和误导性的陈述。具体而言，被告就下列事项作出了虚假和/或误导性陈述和/或未予披露：

违反联邦证券法的集体诉讼之起诉状

（i）蓝汛和被告王松（"王"）——公司的首席执行官（"首席执行官"）和董事会主席（"主席"）——在所有相关时间从事商业贿赂；（ii）上述行为增加了政府当局对蓝汛和被告王进行刑事调查和采取执法行动的风险，这可以预见会扰乱公司的运营；（iii）因此，该公司的公开声明在所有相关时间都存在重大虚假和误导性。

5.    2019 年 4 月 29 日，蓝汛向美国证券交易委员会提交了一份延迟提交 NT 20-F 表的通知，披露公司将推迟提交 NT 20-F 表格（"2018 年 NT 20-F"）2018 年年报。根据 NT 20-F 表，蓝汛推迟提交 2018 年 20-F 表格是"因为还没有准备好根据美国公认会计准则（GAAP）审计的公司财务报表。"

6.    随后，在 2019 年 5 月 17 日，蓝汛发布了一份新闻稿，披露该公司和被告王因涉嫌商业贿赂正在接受北京市检察院的刑事调查，王已辞去公司 CEO 职务（"2019 年 5 月新闻稿"）。

7.    受此消息影响，蓝汛的 ADR 股价在 2019 年 5 月 17 日下跌了 0.22 美元，跌幅 20%，至每股 0.88 美元，之后纳斯达克于东部时间上午 11:12 停止了蓝汛 ADR 的交易。

8.    2019 年 5 月 23 日，蓝汛披露收到纳斯达克关于该公司未能遵守纳斯达克上市要求的通知函，理由是该公司推迟提交 2018 年 20-F 表格（"纳斯达克信"）。纳斯达克的信还也向公司提出了一些关于致同中国辞去该公司的独立注册会计师事务所的职务，

违反联邦证券法的集体诉讼之起诉状

蓝汛聘请迈克尔·T·斯图德注册会计师事务所担任公司的新 IRPAF，以及对被告人蓝汛和王的商业贿赂指控的问题。根据纳斯达克的信，蓝汛被要求在不迟于 2019 年 5 月 31 日提交重新符合纳斯达克上市要求的计划，并提供对纳斯达克信中问题的答复。

9.　　2019 年 5 月 31 日，蓝汛向美国证券交易委员会提交了 6-K 表格外国私人发行人的报告，其中该公司披露，它已经 "终止迈克尔·T·斯图德会计师事务所作为公司独立注册会计师事务所的职务"（"2019 年 5 月-6 K 表"）。根据 2019 年 5 月的 6-K 表格，"该决定得到了公司审计委员会的批准"，且 "公司打算在不久的将来任命一名新的审计人员"。2019 年 5 月的 6-K 表格还指出，"任命（公司）新审计师的时间取决于其正在进行的调查的状况。"

10.　　最后，2019 年 6 月 6 日，蓝汛发布了一份新闻稿，宣布被告王从公司董事会辞职。

11.　　自本起诉状提出之日起，蓝汛 ADR 在纳斯达克的交易仍处于暂停状态。

12.　　由于被告人的不法行为和疏漏，以及公司股票市场价值的急剧下降，原告和其他集体成员遭受了重大损失和损害。

违反联邦证券法的集体诉讼之起诉状

案件 2：19-cv-06942　文件 1　提交于：08/09/19　第 5 页，共 22 页，页面 ID #:5

## **管辖权和审判地**

13.　本起诉书中的诉求系根据《证券交易法》第 10（b）款和第 20（a）条（美国法典第 15 章第 78J（b）和 78T（a）节）以及美国证券交易委员会据此颁布的 10B-5 规则（《联邦法规》第 17 章第 240.10B-5 条）提出。

14.　根据《美国法典》第 28 章第 1331 条和《证券交易法》第 27 条，本法院对本诉讼标的具有管辖权。

15.　根据《证券交易法》第 27 条（美国法典第 15 章第 78aa 节）和《美国法典》第 28 章第 1391（b）节的规定，蓝汛 ADR 在纳斯达克交易，位于该司法区内。

16.　在本起诉书中所述的行为中，被告直接或间接使用了州际贸易的手段，包括但不限于邮件、州际电话通信和国家证券交易设施。

## **当事方**

17.　如所附证明所述，原告在集体诉讼期间以人为抬高的价格收购了蓝汛证券，并在所谓的纠正性披露被披露后受到损害。

18.　被告蓝汛根据开曼群岛法律成立，其主要执行办公室位于中国北京市朝阳区酒仙桥北路 7 号电通创意广场 3 号楼 A 座，100015。蓝汛 ADR 在纳斯达克市场以股票代号"CCIH"进行交易。

19.　被告王在所有相关时间担任蓝汛的创始人、董事长和首席执行官。

违反联邦证券法的集体诉讼之起诉状

20.　　被告孟广胜（"孟"）自 2018 年 4 月 20 日起担任蓝汛的首席财务官（"CFO"）。

21.　　蓝汛的财务总监高凤业（以下简称"高"）于 2017 年 9 月 6 日接任公司首席财务会计。当日，被告周乃江（以下简称"周"）辞去了临时首席财务官的职务。被告高在公司寻找长期首席财务官期间担任这一职务。

22.　　被告人安静（以下简称"安"）于 2014 年 8 月 19 日至 2016 年 7 月 1 日担任蓝汛的首席财务官。在被告安被任命为首席财务官之前，她自 2013 年 3 月起担任公司的代理首席财务官和财务副总裁。

23.　　上列第 19-22 条中所述的被告在本控诉书中有时被统称为"个人被告"。

24.　　个人被告拥有控制蓝汛在美国证券交易委员会的备案、新闻稿和其他市场通讯内容的权力和权威。个人被告在文件发布前或发布后不久就收到了蓝汛在美国证券交易委员会提交的指存在误导性的文件和新闻稿的副本，且他们有能力和机会阻止文件的发布，或要求更正文件。由于其在蓝汛的职位，以及其对非公开重大信息的访问权限，个人被告知道本起诉书中所述的不利事实并未披露且向公众隐藏，且所作的正面陈述存在重大虚假和误导性。个别被告须对在此所作的虚假陈述及不作为承担法律责任。

违反联邦证券法的集体诉讼之起诉状

## 实质性指控

### 背景

25.    蓝汛成立于 1998 年，总部设在中国北京。蓝汛是一家在中国提供内容和应用交付服务的投资控股公司。

26.    蓝汛旨在为企业、政府机构和其他企业提供一系列服务和解决方案，以提高其在线服务和应用的可靠性和可扩展性。

**集体诉讼期间发布的重大虚假和误导性陈述**

27.    集体诉讼期开始于 2015 年 4 月 10 日，当时蓝汛向美国证券交易委员会提交了 20-F 表格年度报告，报告了截至 2014 年 12 月 31 日止的财年的财务和运营结果（"2014 20-F"）。2014 年，被告报告净亏损 111 万美元，或摊薄后每股亏损 0.04 美元，净收入为 2 亿 2468 万美元，而 2013 年的净亏损 557 万美元，或摊薄后每股亏损 0.25 美元，净营收 1.7946 亿美元。

28.    2014 年的 20-F 还指出，蓝汛受中国和美国反腐败法的约束，包括美国《海外腐败行为法》（FCPA），禁止公司和任何代其行事的人尤其是"提供或支付不当款项"。2014 年的 20-F 报告称，被告的"政策禁止任何此类行为"，并声称该公司"要求（被告）、（被告的）雇员和中介机构遵守《反海外腐败法》和（被告）应遵守的其他反腐败法律。"

29.    此外，2014 年的 20-F 仅包含关于被告可能违反反腐败法的风险的通用的，样板式陈述，因为：（一）不"保证所有这些政策或程序[将]始终有效地工作"，或"根据《反海外腐败法》或其它反腐败法律，保证"（被告的）雇员和中介机构"对被告当前或收购的业务"提起的诉讼"不承担赔偿责任；

违反联邦证券法的集体诉讼之起诉状

以及（ii）被告"在中国的内容和应用交付服务行业中运作"，与"地方或国有电信运营商"和政府机构进行交易，从而造成了违反反腐败法的"高风险"。

30.    2014 年的 20-F 还包含关于被告违反反腐败法的后果的通用的、样板式陈述，即如果政府机构发现被告违反了反腐败法，他们可能会受到刑事和民事处罚和其他补救措施，这可能会对[蓝汛]的业务，财务状况和运营结果产生不利影响，同时也会对公司声誉产生不利影响，从而可能会"导致[被告]失去客户和接入终端用户网络的机会，并对[蓝汛]的业务、财务状况和经营成果造成其他不利影响。"。

31.    2014 年的 20-F 还附上了根据 2002 年的萨班斯-奥克斯利法案（"SOX"）签署的证明作为附件，其中被告王和安证明了"2014 年的 20-F 完全符合《证券交易法》第 13（a）节或 15（d）节的要求，并且"包含在 2014 年的 20-F 中的信息在所有重大方面公允地反映了公司的财务状况和经营成果。

32.    2016 年 4 月 27 日，蓝汛向美国证券交易委员会提交了 20-F 表格年度报告，报告了截至 2015 年 12 月 31 日止的财年的公司财务和经营业绩（"2015 20-F"）。2015 年，被告报告净亏损 1412 万美元，或摊薄每股亏损 0.56 美元，净收益为 2.1542 亿美元，

**违反联邦证券法的集体诉讼之起诉状**

而 2014 年净亏损 111 万美元，或摊薄每股亏损 0.04 美元，净收益为 2.2468 亿美元。

33.　　此外，2015 年的 20-F 还包含与上述第 28 至 30 条相同的声明，在吹嘘蓝汛所谓的反腐败政策的同时，仅提供了关于该公司可能因违反反腐败法而面临严厉惩罚的通用的，样板式陈述。

34.　　2015 年的 20-F 还附上了根据 2002 年的萨班斯-奥克斯利法案（"SOX"）签署的证明作为附件，其中被告王和安证明了"2015 年的 20-F 完全符合《证券交易法》第 13（a）节或 15（d）节的要求，并且"包含在 2015 年的 20-F 中的信息在所有重大方面公允地反映了公司的财务状况和经营成果。

35.　　2017 年 11 月 14 日，蓝汛向美国证券交易委员会提交了 20-F 表格年度报告，报告了截至 2016 年 12 月 31 日止的财年的公司财务和经营业绩（"2016 20-F"）。2016 年，被告报告净亏损 1.3756 亿美元，或摊薄每股 5.39 美元，净营收为 1.5876 亿美元，而 2015 年净亏损 1412 万美元，或摊薄每股 0.56 美元，净营收为 2.1542 亿美元。

36.　　此外，2016 年的 20-F 还包含与上述第 28 至 30 条相同的声明，在吹嘘蓝汛所谓的反腐败政策的同时，仅提供了关于该公司可能因违反反腐败法而面临严厉惩罚的通用的，样板式陈述。

37.　　2016 年的 20-F 还附上了根据 2002 年的萨班斯-奥克斯利法案（"SOX"）签署的证明作为附件，其中被告王和高证明了"2016 年的 20-F 完全符合《证券交易法》第 13（a）节或 15（d）节的要求，

违反联邦证券法的集体诉讼之起诉状

并且 "包含在 2016 年的 20-F 中的信息在所有重大方面公允地反映了公司的财务状况和经营成果。

38.    2018 年 4 月 30 日，蓝汛向美国证券交易委员会提交了 20-F 年度报表，报告了截至 2017 年 12 月 31 日止的财年("2017 年 20-F")的财务和经营业绩。2017 年，被告报告净亏损 5469 万美元，或摊薄每股亏损 2.06 美元，净营收为 1.2631 亿美元，而 2016 年净亏损 1.3756 亿美元，或摊薄每股亏损 5.39 美元，净营收为 1.5876 亿美元。

39.    此外，2017 年的 20-F 还包含与上述第 28 至 30 条相同的声明，在吹嘘蓝汛所谓的反腐败政策的同时，仅提供了关于该公司可能因违反反腐败法而面临严厉惩罚的通用的，样板式陈述。然而，2017 年 20-F 比公司之前的年度报告中的声明更进一步，并表示 "公司政策严格禁止" （重点）而不是仅仅禁止任何违反反腐败法的行为。

40.    2017 年的 20-F 还附上了根据 2002 年的萨班斯-奥克斯利法案（"SOX"）签署的证明作为附件，其中被告王和孟证明了 "2017 年的 20-F 完全符合《证券交易法》第 13（a）节或 15（d）节的要求，并且 "包含在 2017 年的 20-F 中的信息在所有重大方面公允地反映了公司的财务状况和经营成果。

41.    2019 年 4 月 11 日，蓝汛向美国证券交易委员会(SEC)提交了 6-K 表格外国私人发行人报告，报告称，在 2019 年 4 月 8 日，致同国际会计师事务所的中国成员公司——

违反联邦证券法的集体诉讼之起诉状

致同中国辞去了作为蓝汛独立注册会计师事务所的职务("2019 年 4 月 6-K")。具体而言，2019 年 4 月 6-K 的相关部分所述如下：

2019 年 4 月 8 日，致同中国（"GT"），致同国际会计师事务所的中国成员公司，辞去了作为北京蓝汛通讯科技有限公司（"公司"）的独立注册会计师事务所的职务。自致同于 2018 年 12 月担任公司的独立注册会计事务所以来，到 2019 年 4 月 4 日期间，致同中国对会计原则或惯例、财务报表的披露、或审计范围或程序等事项上都没有任何异议；如果存在任何异议未能令人满意地解决，致同将在其审计报告中提及与其相关的主题。致同中国尚未就公司上一财年的合并财务报表发布任何报告

42.    此外，根据 2019 年 4 月 6-K，蓝汛已于 2019 年 4 月 10 日聘请斯图德作为公司的 IRPAF。2019 年 4 月 6-K 没有提及公司内部收益率的突然变化会对公司即将到来的 2018 年 20-F 申报截止日期产生什么影响（如有）。

43.    由于被告做出的虚假和/或误导性陈述，以及未能披露有关公司业务、运营和合规政策方面的重大不利事实，本起诉状第 27 至 42 条中引用的陈述存在重大虚假性的和误导性。具体而言，被告就下列事项作出了虚假和/或误导性陈述和/或未予披露：（i）蓝汛和被告王从事商业贿赂；（ii）上述行为增加了政府当局对蓝汛和被告王进行刑事调查和采取执法行动的风险，这可以预见会扰乱公司的运营；（iii）因此，该公司的公开声明在所有相关时间都存在重大虚假和误导性。

违反联邦证券法的集体诉讼之起诉状

**真相浮出水面**

44.　　2019 年 4 月 29 日，也就是蓝汛报告其已更换 IRPAF 的 18 天之后，该公司向美国证券交易委员会提交了一份延迟提交 NT 20-F 表格的通知，披露公司将推迟提交 2018 年 20-F 表格。根据 NT‐20-F 表格，蓝汛推迟提交 2018 年 20-F 表格是 "因为还没有准备好根据美国公认会计准则（GAAP）审计的公司财务报表。

45.　　随后，在 2019 年 5 月 17 日，蓝汛宣布，公司和被告王因涉嫌商业贿赂，正在接受北京市检察院的刑事调查，王已辞去 CEO 职务。具体而言，2019 年 5 月的新闻稿在相关部分写道：

该公司收到了来自北京政府检察官办公室的通知，称该公司目前正因涉嫌商业贿赂而接受调查。公司已聘请刑事辩护律师准备相关法律程序。由于法律程序仍处于相对早期的阶段，公司目前无法评估此类程序的可能结果。

王松先生已被逮捕，目前还在接受调查，原因是他被指控从事商业贿赂。王松已向董事会提交了辞去公司首席执行官一职的辞呈。

46.　　受此消息影响，蓝汛的 ADR 股价在 2019 年 5 月 17 日下跌了 0.22 美元，跌幅 20%，至每股 0.88 美元，之后纳斯达克于东部时间上午 11:12 停止了蓝汛 ADR 的交易。纳斯达克宣布，因蓝汛未能提交要求的 "补充信息"，其股票将暂停交易，且在 "北京蓝汛通讯科技有限公司完全满足纳斯达克的 "补充信息" 要求之前，该公司股票的交易将继续暂停。"

违反联邦证券法的集体诉讼之起诉状

47.　　2019 年 5 月 23 日，蓝汛披露收到纳斯达克关于该公司未能遵守纳斯达克上市要求的通知函，理由是该公司推迟提交 2018 年的 20-F 表格。纳斯达克的信还也向公司提出了一些关于致同中国辞去该公司的独立注册会计师事务所的职务，蓝汛聘请迈克尔·T·斯图德注册会计师事务所担任公司的新 IRPAF，以及对被告人蓝汛和王的商业贿赂指控的问题。根据纳斯达克的信，蓝汛被要求在不迟于 2019 年 5 月 31 日提交重新符合纳斯达克上市要求的计划，并提供对纳斯达克信中问题的答复。

48.　　2019 年 5 月 31 日，蓝汛向美国证券交易委员会提交了 6-K 表格外国私人发行人的报告，其中该公司披露，它已经 "终止迈克尔·T·斯图德会计师事务所作为公司独立注册会计师事务所的职务"（"2019 年 5 月-6 K 表"）。根据 2019 年 5 月的 6-K 表格，"该决定得到了公司审计委员会的批准"，且 "公司打算在不久的将来任命一名新的审计人员"。2019 年 5 月的 6-K 表格还指出，"任命（公司）新审计师的时间取决于其正在进行的调查的状况。"

49.　　最后，2019 年 6 月 6 日，蓝汛发布了一份新闻稿，宣布被告王从公司董事会辞职。

50.　　自本起诉状提出之日起，蓝汛 ADR 在纳斯达克的交易仍处于暂停状态。

51.　　由于被告人的不法行为和疏漏，以及公司股票市场价值的急剧下降，原告和其他集体成员遭受了重大损失和损害。

违反联邦证券法的集体诉讼之起诉状

## **原告的集体诉讼指控**

52.      根据联邦民事诉讼规则第 23(a)和(b)(3)条的规定，原告代表所有在集体诉讼期期间购买或以其他方式获得蓝汛证券（"集体"）；并在所谓的纠正性披露披露后受到损害的人提起本次集体诉讼。本案被告、相关期间内公司的高管和董事及其直系亲属和其法定代表、继承人、继任者或受让人，以及被告拥有或曾经拥有控股权的任何实体，不包括在集体之内。

53.      集体的成员如此之多，以至于所有成员联合起诉并不切实际。在整个集体诉讼期间，蓝汛证券在纳斯达克市场交易活跃。虽然原告目前不知道该集体成员的确切人数，只有通过适当的发现才能确定，但原告认为，拟议的集体中包含成百上千名成员。登记股东和该集体的其他成员可以通过蓝汛或其过户代理保存的记录中识别出来，并可以使用与证券集体诉讼中通常使用的方式类似的通知形式，通过邮件通知其该未决诉讼。

54.      原告的诉讼请求是所有其他集体成员诉讼请求的典型代表，因为该集体的所有成员都受到本诉状中所诉诉的被告的不当行为的影响。

55.      原告将公平、充分保护该集体成员的利益，并已聘请了在集体诉讼和证券诉讼方面有能力和经验的律师。原告与该集体不存在利益冲突。

违反联邦证券法的集体诉讼之起诉状

56.     法律和事实的共同问题存在于集体的所有成员中，并且优于仅仅影响到集体个别成员的任何问题。该集体的共同法律和事实问题包括：

- 本案中被告的行为是否违反了联邦证券法；

- 被告在集体诉讼期期间对投资大众的陈述是否歪曲了关于蓝汛的业务、运营和管理的重要事实；

- 个人被告是否导致蓝汛在集体诉讼期期间发布虚假和误导性的财务报表；

- 被告是否故意或鲁莽地发布虚假和误导性的财务报表；

- 在集体诉讼期期间，蓝汛 ADR 证券的价格是否因为本起诉书中所诉的被告的行为而被人为抬高；和

- 集体的成员是否遭受了损失，如果有，如何适当衡量损失。

57.     由于全体成员联合起诉并不切实际，因此为公正、有效地裁决这一争议，集体诉讼优于所有其他可用手段。此外，由于集体个人成员所蒙受的损失可能相对较小，个人诉讼的费用和负担使该集体成员无法单独就违法行为寻求补救措施，而将本案作为集体诉讼处理则不存在困难。

58.     原告将部分依赖于市场欺诈原则所确立的信赖推定：

违反联邦证券法的集体诉讼之起诉状

- 被告在集体诉讼期期间公开做出虚假陈述或未能披露重要事实；

- 遗漏和虚假陈述是实质性的；

- 蓝汛证券在一个充分有效的市场上交易；

- 公司股票流动性强，且在集体诉讼期内稳健、大量的交易；

- 公司在纳斯达克上市，且多位分析师对其进行跟踪；

- 所诉虚假陈述和遗漏可能会导致一个合理的投资者错误判断公司证券的价值；和

- 原告和该集体成员在被告未披露或虚假陈述重要事实到事实真相披露期间，购买、获得和/或出售了蓝汛证券，而不知道遗漏或虚假陈述的事实。

59.　　基于以上所述，原告和该集体成员有权推定依赖于市场的完整性。

60.　　换言之，由于被告在集体诉讼期期间遗漏了重要信息，违反了披露此类信息的义务（如上所述），原告和该集体成员有权依赖于最高法院在犹他州附属尤特人诉美利坚合众国案件（406 U.S. 128, 92 S. Ct. 2430 (1972)）中所确立的信赖推定原则。

违反联邦证券法的集体诉讼之起诉状

## 诉项 I

## （诉所有被告违反《证券交易法》第 10（b）条和对据此颁布的 10B-5 规则）

61.　　　原告重复并重申上述每一项指控，如同在此全面阐述一样。

62.　　　本诉项针对被告，且基于《证券交易法》第 10（b）条、《美国法典》第 15 章第 78J（b）条和证券交易委员会据此颁布的 10B-5 规则。

63.　　　在集体诉讼期期间，被告参与了一项计划、谋划、共谋和一系列行为，并据此明知或罔顾后果地从事了欺诈和欺骗原告和该集体其他成员的行为、交易、惯例和业务过程；对重大事实作了各种不实陈述，并遗漏了为使所作的陈述根据其作出时的情况不具有误导性所必需的重大事实；以及在证券买卖中使用欺诈手段、计划和诡计。这些计划旨在，并且，在整个集体诉讼期期间，（i）欺骗投资公众，包括原告和其他集体成员，如此处所述；（ii）人为抬高、维持蓝汛证券的市场价格；并（iii）导致原告和该集体其他成员以被人为抬高的价格购买或以其他方式获得蓝汛证券和期权。为了促进这一非法的方案、计划和行为，被告和他们每一个人都采取了本段所述的行动。

64.　　　根据上述计划，方案，阴谋和行为，每个被告直接或间接参与到了上述季度和年度报告，提交给美国证券交易委员的备案文件，新闻稿和其他报表和文件的准备和发行中，

违反联邦证券法的集体诉讼之起诉状

包括向证券分析师和媒体发表的旨在影响蓝汛证券市场的声明。这些报告、文件、新闻稿和声明存在重大虚假和误导性，因为它们未能披露重大的不利信息，并歪曲了关于蓝汛财务和业务前景的真相。

65.    由于其在蓝汛的职位，被告对本起诉书中所诉的重大虚假和误导性陈述和重大遗漏有实质了解，且据此试图欺骗原告和该集体其他成员，或者，换言之，被告不顾后果地忽略了事实，因为他们未能或拒绝查明和披露这些能会揭露所作陈述的重大虚假和误导性的事实，尽管该等事实对被告来说唾手可得。被告的上述行为和遗漏是对事实故意或罔顾后果的忽视。此外，每名被告均知道或罔顾后果地忽视上述事实被歪曲或遗漏。

66.    显示被告明知或罔顾后果地忽视事实的信息是被告认知和控制的范围内。作为蓝汛的高管和/或董事，个人被告了解中蓝汛的内部事务细节。

67.    个人被要直接和间接地对本起诉书中所诉的不法行为负责。由于其控制和权威地位，个人被告能够并且已经直接或间接地控制了蓝汛声明的内容。作为上市公司的高管和/或董事，个人被告有责任及时、准确、真实地传播有关蓝汛业务、运营、未来财务状况和未来前景的信息。由于上述虚假及具误导性的报告、新闻稿及公开声明的传播，在整个集体上诉期期间，蓝汛证券的市场价格被人为抬高。

违反联邦证券法的集体诉讼之起诉状

在不知道被告隐瞒的有关蓝汛业务和财务状况的情况下，原告和集体其他成员以人为抬高的价格购买或以其他方式获得了蓝汛证券，并依赖于证券的价格、该证券市场的完整性和/或被传播的陈述，因而蒙受损失。

68.　　在集体上诉期期间，蓝汛证券在一个活跃和有效的市场上交易。原告和该集体其他成员，依赖于本起诉书中所述的由被告作出、发出或引起传播的重大虚假和误导性陈述，或依赖于市场的完整性，以因被告的不法行为而人为抬高的价格购买或以其他方式获得了蓝汛证券。如果原告和其他成员知道真相，他们就不会购买或以其他方式获得所述证券，或者不会以人为抬高的价格购买或以其他方式获得所述证券。在原告和该集体购买和/或获得蓝汛证券时，其真实价值大大低于原告和其他成员所付的价格。蓝汛证券的市场价格在本起诉书中所述事实被公开披露后大幅下跌，对原告和该集体成员造成了损害。

69.　　由于本起诉书中所诉的行为，被告故意或罔顾后果地，直接或间接违反了《证券交易法》第 10（b）条和据此颁布的 10b-5 规则。

违反联邦证券法的集体诉讼之起诉状

70.　　作为被告的不法行为的直接和实质结果，在公司向投资大众发布虚假财务报表的事实被披露后，原告和该集体其他成员因在集体诉讼期期间各自购买、获得和销售公司证券而遭受了损害。

### 诉项 II

### （诉个人被告违反《证券交易法》第 20（a）条）

71.　　原告重复并重申上述每一项指控，如同在此全面阐述一样。

72.　　在集体诉讼期期间，个人被告参与了蓝汛的运作和管理，并直接和间接地参与和参与了蓝汛的业务活动。由于其高管的职位，他们知道蓝汛虚报收入和开销和虚假财务报表等不良非公开信息。

73.　　作为上市公司的管理人员和（或）董事，个人被告有义务就蓝汛的财务状况和业务结果传播准确和真实的信息，并迅速纠正由蓝汛发出的任何虚假或误导性的公开声明。

74.　　由于其作为高管的控制权和权威性，个人被告能够并且确实控制了蓝汛在市场上传播的各种报告、新闻稿和公开文件的内容。在整个集体诉讼期期间，个人被告行使权力和权威，致使被告从事本起诉书中所诉的不法行为。

违反联邦证券法的集体诉讼之起诉状

因此，个人被告是《证券交易法》第 20（a）条中定义的蓝汛的"控制人"。他们以该身份参与了本起诉书中所诉行为，人为抬高了蓝汛证券的市场价格。

75.    因此，每一名个人被告都相当于是被告的控制人。由于其高管职位和/或董事身份，每一名个人被告都有权指挥，或以类似方式促使，蓝汛从事本起诉书中所诉的非法行为。每一名个人被告都控制着蓝汛的日常运作，并有权控制构成原告和其他成员所诉诉的主要违规行为的具体活动。。

76.    由于上述行为，根据《证券交易法》第 20（a）条，个人被告应对蓝汛的不法行为承担法律责任。。

## 法律救济请求

据此，原告要求对被告判决如下：

A. 根据《联邦民事诉讼规则》第 23 条，确定当前诉讼可以作为集体诉讼予以维持，并指定原告为集体代表；

B. 要求被告赔偿原告和该集体因为本起诉书中所诉的行为和交易蒙受的损失；

违反联邦证券法的集体诉讼之起诉状

C.  裁决原告及其他集体成员诉前以及诉后的利益，以及其合理的律师费、专家费和其他

    费用；和

D.  裁决本法院认为公正合理的其他救济措施。

**要求由陪审团审判**

原告要求陪审团审理。

日期：2019 年 8 月 9 日　　　　　　　谨提交，

罗森法律公司，P.A.

（签名）劳伦斯·罗森

劳伦斯·M·罗森律师 （SBN 219683）
罗森法律事务所，P.A.
美国加利福尼亚州南洛杉矶市格兰大道 355
号 2450 室，90071
电话：(213)785-2610
传真：(213)226-4684
电子邮件：lrosen@roseniegal.com

违反联邦证券法的集体诉讼之起诉状

AO 440（06/12 修订版）民事诉讼传票

美国地方法院

加利福尼亚中区

| | |
|---|---|
| 威廉·利卡斯，以个人名义，<br>并代表其他类似境遇者，<br><br>*原告*<br><br>诉<br><br>北京蓝汛通信技术有限责任公司，<br>王松，孟广胜，高凤业，<br>和安静<br><br>*被告* | ）<br>）<br>）<br>）<br>）<br>）<br>） 民事诉讼第 19-cv-06942 FMO (SSx)号<br>）<br>）<br>）<br>）<br>）<br>） |

**民事诉讼传票**

致：（*被告姓名和地址*）北京蓝汛通信技术有限责任公司，王松，GUANGSHENG MENG，
FENGYE GAO，和安静，
中国北京市朝阳区酒仙桥北路 7 号
电通创意广场 3 号楼 A 座
100015

您被起诉了。

在您收到传票后的 21 天内（不包括您收到的那一天）——或者 60 天内（如果您是美国或美国机构，或《联邦民事诉讼规则》12 (a)(2)或(3)中所描述的美国官员或雇员）——您必须就所附诉状向原告送达一份答辩状或《联邦民事诉讼规则》第 12 条下的动议。答辩状或动议必须送达原告或原告律师，其姓名和地址是：劳伦斯·M·罗森，罗森法律事务所，P.A.
美国加利福尼亚州南洛杉矶市格兰大道 355 号 2450 室，90071
电话：（213）785-2610
电子邮件：lrosen@roseniegal.com

如您未能作出回应，法院会就诉状中做所要求的救济作出缺席判决。您也必须向法院提交你的答辩状或动议。

日期：2019 年 8 月 12 日                              法院书记员：

书记员或副书记员签名

民事诉讼号：

## 送达证明
（除非联邦民事诉讼规则 4 (I)要求，本节不应提交法院。）

本人于（日期）＿＿＿＿＿＿＿＿＿＿ 收到 ＿＿＿＿＿＿＿（个人姓名及头衔，如有）的传票。

□ 我已于＿＿＿＿＿＿（日期）亲自在＿＿＿＿＿＿＿＿（地点）将传票送达有关人士；或

□ 我已于＿＿＿＿＿＿（日期）将传票送达给该名人士个人住所或通常居住地的（姓名），一名居住在此处且具有适当年龄及判断力的人，并将副本寄往该名人士最后为人所知的地址；或

□ 我已于＿＿＿＿＿＿（日期）将传票送达(当事人)，一名法律指定代表（组织名称）接受传票的人

□ 我未执行传票，是因为＿＿＿＿＿＿＿＿＿＿＿＿＿＿；或

□ 其他（详细说明）：


我的费用为：差旅费＿＿＿＿美元和服务费＿＿＿＿ 美元，总共为＿＿＿＿美元。

我声明，根据伪证罪的处罚，这些信息都是真实的。


日期：＿＿＿＿＿＿＿＿　　　　　　送递员签名：＿＿＿＿＿＿＿＿

姓名和头衔：＿＿＿＿＿＿＿＿

送递员地址：＿＿＿＿＿＿＿＿


有关尝试送达的额外资料等: