# EXHIBIT 3

**Jing Chen**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, October 18, 2019 2:30 AM |
| **To:** | Zachary Stanco |
| **Subject:** | FedEx Shipment 776720732606 Delivered |

# Your package has been delivered

## Tracking # 776720732606

Ship date:
**Tue, 10/15/2019**
**LAURENCE ROSEN**
THE ROSEN LAW FIRM, P.A.
NEW YORK CITY, NY 10016
US



Delivered

Delivery date:
**Fri, 10/18/2019 2:23 pm**
**MS. LI ZHIYING**
INTERNATIONAL LEGAL
COOPERATIO
NO 33, PINGANLI XIDAJIE
XICHENG DISTRICT
BEIJING, 100035
CN

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 776720732606 |
| **Status:** | Delivered: 10/18/2019 2:23 PM Signed for By: L.SONGJIA |
| **Reference:** | ChinaCache |
| **Signed for by:** | L.SONGJIA |
| **Delivery location:** | BEIJING, |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | FedEx International Priority® |
| **Packaging type:** | FedEx® Pak |
| **Number of pieces:** | 1 |
| **Weight:** | 3.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 10/18/2019 by 6:00 pm |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:30 AM CDT on 10/18/2019.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2019 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:30 AM CDT on 10/18/2019.