# EXHIBIT 4

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Law Debenture Corporate
Services Inc.
801 second Ave, Suite 403
New York, NY 10017

9590 9403 0919 5223 8891 86

2. Article Number *(Transfer from service label)*

7015 1730 0001 1958 5155

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Mary Delaney*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

FAQs >

## Track Another Package  +

Remove ✕

**Tracking Number:** 70151730000119585155

Your item was delivered to the front desk, reception area, or mail room at 12:29 pm on October 16, 2019 in NEW YORK, NY 10017.

Feedback

## ✓ Delivered

October 16, 2019 at 12:29 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10017

---

### Tracking History    ∧

October 16, 2019, 12:29 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10017
Your item was delivered to the front desk, reception area, or mail room at 12:29 pm on October 16, 2019 in NEW YORK, NY 10017.

---

October 15, 2019, 6:11 pm
Delivery Attempted - No Access to Delivery Location
NEW YORK, NY 10017

October 12, 2019, 11:11 am
Delivery Attempted - No Access to Delivery Location
NEW YORK, NY 10017

October 12, 2019, 9:20 am
Arrived at Unit
NEW YORK, NY 10017

October 11, 2019, 11:31 am
Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

October 10, 2019, 10:26 pm
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

October 10, 2019, 4:02 pm
USPS in possession of item
NEW YORK, NY 10036

**Product Information**

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9403 0919 5223 8891 86

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

The Rosen Law Firm, PA
275 Madison Ave, 40th Fl
New York, NY 10016