# EXHIBIT 5

FedEx Ship Manager – Print Your Label(s)

ORIGIN ID:JRAA      (212) 686-1060
LAURENCE M. ROSEN
THE ROSEN LAW FIRM, P.A.
275 MADISON AVE
FL 40
NEW YORK, NY 10016 US
SIGN: LAURENCE M. ROSEN

SHIP DATE: 10DEC19
ACTWGT: 0.40 LB
CAD: 100245897/INET4160

BILL SENDER
NO EEI 30.37(a)

TO BIN LIU, ACTING CFO
CHINACACHE INTERNATIONAL HOLDINGS
SEC A, BLDG 3, DIAN TONG CRTVE. SQ.
JIUXIANQIAO N RD, CHAOYANG DST.
BEIJING  100015

(CN)

4006850196          REF: CHINACACHE
INV:
PO:                      DEPT:

567 J2/18DD/05A2



FedEx Express

E

AM
INTL PRIORITY

TRK# 0430    7772 0678 2838

NV PEKA

100015
-CN    PEK

After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. Us Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S., $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE OF CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OR INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx's not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

https://www.fedex.com/shipping/shipmentConfirmationAction.handle?method=doContinue

12/10/2019

1/3

FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:JRAA  (212) 686-1060
Laurence M. Rosen
The Rosen Law Firm, P.A.
275 MADISON AVE
FL 40
NEW YORK, NY 10016
UNITED STATES, US

SHIP DATE: 10DEC19
ACTWGT: 0.40 LB
CAD: 100245897/INET4160

BILL SENDER
EIN/VAT:

TO Bin Liu, Acting CFO
**ChinaCache International Holdings
Sec A, Bldg 3, Dian Tong Crtve. Sq.
Jiuxianqiao N Rd, Chaoyang Dst.**
**BEIJING,  100015**
CHINA, CN

4006850196



(CN)

AWB

**NV PEKA**

PKG:ENV



TRK# 7772 0678 2838     Form 0430

**AM**
**INTL PRIORITY**

REF: ChinaCache
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 1.00 USD

SIGN: Laurence M. Rosen
T/C: S 245219709
D/T: S 245219709

The Montreal or Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

12/10/2019

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

https://www.fedex.com/shipping/shipmentConfirmationAction.handle?method=doContinue

FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:JRAA  (212) 686-1060
Laurence M. Rosen
The Rosen Law Firm, P.A.
275 MADISON AVE
FL 40
NEW YORK, NY 10016
UNITED STATES, US

SHIP DATE: 10DEC19
ACTWGT: 0.40 LB
CAD: 100245897/INET4160

BILL SENDER
EIN/VAT:

TO Bin Liu, Acting CFO
**ChinaCache International Holdings**
**Sec A, Bldg 3, Dian Tong Crtve. Sq.**
**Jiuxianqiao N Rd, Chaoyang Dst.**
**BEIJING,  100015**
CHINA, CN

4006850196



(CN)

AWB

**NV PEKA**

PKG:ENV



TRK# 7772 0678 2838        Form 0430

**AM**
**INTL PRIORITY**

REF: ChinaCache
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 1.00 USD

SIGN: Laurence M. Rosen
T/C: S 245219709
D/T: S 245219709

The Montreal or Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

12/10/2019

https://www.fedex.com/shipping/shipmentConfirmationAction.handle?method=doContinue