# EXHIBIT 8



启信宝　企业版试用 (http://b.qixin.com) 合作入口 ∨　找关系 (/find-relation)　团 团购VIP

| 企业名... | 搜索 |

会员服务 (/members) 免费注册 (/auth/regist)

...和应用服务业 (/search-domain/M0000/M7500) >北京蓝汛通信技术有限责任公司

请登录 (/auth/login?return_url=%2Fcompany%2F78ca2a0e-03e2-4320-818e-0501d096d5fa)

# 北京蓝汛通信技术有限责任公司 企 认证企业

开业　已认证　B轮　高新企业

#CDN ┃ #IDC ┃ #云服务 ┃ #网络安全 ┃ #网络解决方案 ┃ #网络CDN服务 ┃ #互联网交换中心

电话：　010-64085***　全部联系方式（5个）

邮箱：　ring.ying@chinacache.com

官网：　http://www.chinacache.com　✔已认证　编辑

地址：　北京市朝阳区酒仙桥北路7号电通创意广场三号楼A区　地图位置

小程序

APP

启信风险 ┃　自身风险 68 条　　关联风险 6 条　　　查看详情 (/risk-self/78ca2a0e-03e2-4320-818e-0501d096d5fa)

企业动态 ┃　2019-12-11　　新增 开庭公告

更多动态 (/trend/78ca2a0e-03e2-4320-818e-0501d096d5fa)

微信

反馈

| 基本信息 | 风险信息79 | 企业图谱3 | 知识产权234 | 关联关系6 | 企业年报6 | 经营信息161 | 历史信息47 VIP |
| (/company/78ca7 | (/risk/78ca2a0e- | (/chart/78ca2a0e | (/ability/78ca2a0 | (/related/78ca2a | (/report/78ca2a0 | (/operation/78ca | 置顶 |

**2018年度报告 (/report/78ca2a0e-03e2-4320-818e-0501d096d5fa?section=2018)**

2017年度报告 (/report/78ca2a0e-03e2-4320-818e-0501d096d5fa?section=2017)

2016年度报告 (/report/78ca2a0e-03e2-4320-818e-0501d096d5fa?section=2016)

北京蓝汛通信技术有限责任公司_工商信息_信用信息_风险信息_启信宝

2015年度报告 (/report/78ca2a0e-03e2-4320-818e-0501d096d5fa?section=2015)

启信宝　企业版试用 (http://b.qixin.com) 合作入口 ∨　找关系 (/find-relation)　团　团购VIP

2014年度报告 (/report/78ca2a0e-03e2-4320-818e-0501d096d5fa?section=2014)

企业名 | 搜索　会员服务 (/members) 免费注册 (/auth/regist)

2013年度报告 (/report/78ca2a0e-03e2-4320-818e-0501d096d5fa?section=2013)

请登录 (/auth/login?return_url=%2Fcompany%2F78ca2a0e-03e2-4320-818e-0501d096d5fa)

公示日期：2019-06-25

## 企业基本信息

| | | | |
|---|---|---|---|
| 注册号/<br>统一社会信用代码 | 91110108700034420K | 企业名称 | 北京蓝汛通信技术有限责任公司 |
| 企业联系电话 | 010-64085***　登录查看 | 邮政编码 | 100015 |
| 企业通信地址 | 北京市朝阳区酒仙桥北路7号电通创意广场3号楼 | | |
| 电子邮箱 | ring.ying@chinacache.com | 有限责任公司本年度是否发生股东股权转让 | 否 |
| 企业经营状态 | 开业 | 是否有网站或网店 | 是 |
| 企业是否有投资信息或购买其他公司股权 | 是 | 从业人数 | 企业选择不公示 |

小程序

APP

微信

反馈

置顶

## 网站或网店信息

| 类型 | 名称 | 网址 |
|---|---|---|
| 网站 | ChinaCache官网 | www.chinacache.com |

## 股东（发起人）及出资信息

| 股东 | 认缴出资额(万元) | 认缴出资时间 | 认缴出资方式 | 实缴出资额(万元) | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|

| 股东 | 认缴出资额(万元) | 认缴出资时间 | 认缴出资方式 | 实缴出资额(万元) | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|
| 王松 | 2200万人民币 | 2048-06-24 | 货币 | 550万人民币 | 2002-03-05 | 货币 |
| | 万人民币 | 2048-06-24 | 货币 | 450万人民币 | 2048-06-24 | 货币 |

## 社保信息

| 城镇职工基本养老保险 | 259人 | 失业保险 | 259人 |
|---|---|---|---|
| 职工基本医疗保险 | 259人 | 工伤保险 | 259人 |
| 生育保险 | 259人 | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | | 企业选择不公示 |
| | 单位参加失业保险缴费基数 | | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | | 企业选择不公示 |
| 单位累计欠缴金额 | 单位参加职工基本医疗保险累计欠缴金额 | | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | | 企业选择不公示 |

北京蓝亚博科技有限公司_工伤保险_生育保险信息_欠费信息

| 启信宝 企业版试用 (http://b.qixin.com) 合作入口 ∨ 找关系 (/find-relation) 团 团购VIP | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| --- | --- | --- |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

企业名. 搜索　会员服务 (/members) 免费注册 (/auth/regist)

## 对外投资信息

请登录 (/auth/login?return_url=%2Fcompany%2F78ca2a0e-03e2-4320-818e-0501d096d5fa)

| 投资设立或购买股权境内企业名称 | 企业注册号 |
| --- | --- |
| 北京静雅思听信息咨询有限公司 | 91110102660526374D |
| 北京创新工场投资中心（有限合伙） | 91110108569538032B |
| 北京云界网络科技有限公司 | 91110105351273895M |

## 对外提供保证担保信息

暂无信息

## 修改记录

暂无信息



小程序

APP

微信

反馈

置顶

北京蓝港在线科技有限公司_工商信息_财产风险信息_征信查

启信宝 企业版试用 (http://b.qixin.com) 合作入口 ∨ 找关系 (/find-relation) 团 团购VIP

企业名  搜索    会员服务 (/members) 免费注册 (/auth/regist)

请登录 (/auth/login?return_url=%2Fcompany%2F78ca2a0e-03e2-4320-818e-0501d096d5fa)

多行业智能风控解决方案」

企业征信 · 尽职调查 · 风险管控 · 舆情分析

小程序

APP

微信

反馈



置顶

(https://b.qixin.com?from=details)



北京蓝汛通信技术有限责任公司_工商信息_风险信息 - 启信宝

## 工商登记

**启信宝**

企业版试用 (http://b.qixin.com) 合作入口 ∨ 找关系 (/find-relation) 团 团购VIP

联系方式:
010-64085***

| 企业名 | 搜索 | 会员服务 (/members) 免费注册 (/auth/regist)

更多联系方式 >

### 主营品牌

请登录 (/auth/login?return_url=%2Fcompany%2F78ca2a0e-03e2-4320-818e-0501d096d5fa)

CDN  IDC  云服务  网络安全  网络解决方案  网络CDN服务  互联网交换中心

### 主要客户

唯品会（中国）有限公司 (/company/1f1113d5-741b-4f52-991a-3b47c860e5d7)

武汉屈臣氏个人用品商店有限公司 (/company/a3a49eaa-d048-4434-a4c8-e1aa83a4123e)

小程序

APP

微信

### 公司简介

北京蓝汛自1998年成立，是国内第一家CDN服务提供商，纳斯达克上市企业。公司拥有超过600个节点，30000万服务器

反馈

### 相关新闻

工信部公示68家违规企业,易车顺丰用友等相关公司要求整改 (http://finance.jrj.com.cn/tech/2019/12/12103828523300.shtml)

来源：金融界财经频道　2019-12-12

置顶

工信部网安局发布2019年"双随机一公开"检查结果,68家企业存在... (https://tech.sina.com.cn/roll/2019-12-11/doc-iihnzahi6710741.shtml)

来源：新浪　2019-12-11

查看更多 (/operation/78ca2a0e-03e2-4320-818e-0501d096d5fa) >

推荐企业

启信宝 企业版试用 (http://b.qixin.com) 合作入口 ∨ 找关系 (/find-relation) 团 团购VIP

**清华控股有限公司 (/company/29038b2e-8835-45c7-966c-7196778c0adb)**

法定代表人：龙大伟

企业名 搜索 会员服务 (/members) 免费注册 (/auth/regist)

🔗 热搜企业

请登录 (/auth/login?return_url=%2Fcompany%2F78ca2a0e-03e2-4320-818e-0501d096d5fa)

**北京达德厚鑫投资管理有限公司 (/company/1311df34-b545-414d-9860-16c67ddbd533)**

法定代表人：王思聪

开业

🔗 热搜企业

**深圳市腾讯网域计算机网络有限公司 (/company/879d2172-ce6b-472e-84e0-d760e5d32bc6)**

法定代表人：冯明杰

存续（在营、开业、在册）

🔗 热搜企业

**中国建材集团有限公司 (/company/e41ad45b-56f1-4461-8110-83333994b821)**

法定代表人：周育先

开业

🔗 热搜企业

**中国电力建设集团有限公司 (/company/4b33bbb8-14da-454e-8be6-a485c36db682)**

法定代表人：晏志勇

开业

🔗 热搜企业

**比亚迪股份有限公司 (/company/c3fff1eb-ff5c-4dc3-8284-3a6f508840e1)**

法定代表人：王传福

存续（在营、开业、在册）

小程序

APP

微信

反馈

置顶

12/13/2019

热搜企业

启信宝 企业版试用 (http://b.qixin.com) 合作入口 ˅ 找关系 (/find-relation) 团 团购VIP

企业名 搜索 会员服务 (/members) 免费注册 (/auth/regist)

2亿+企业和组织机构
登录 (/auth/login?return_url=%2Fcompany%2F78ca2a0e-03e2-4320-818e-0501d096d5fa)
实时搜索海量企业信息


毫秒搜索
精确搜索无需等待，节约时间

多维信息
工商、关联、失信，多类信息齐全

信用报告
为客户提供决策支持

联系方式

官方客服QQ：800809556
企业邮箱：kefu@qixin.com (mailto:kefu@qixin.com)
客服电话：400-8286-855
工作时间：周一至周五：9:30-19:00

数据来源

全国企业信用信息公示系统 (http://gsxt.saic.gov.cn)
中国裁判文书网 (http://www.court.gov.cn/zgcpwsw/)
中国执行信息公开网 (http://shixin.court.gov.cn/)
国家知识产权局 (http://www.sipo.gov.cn/)
商标局 (http://sbj.saic.gov.cn/)
版权局 (http://www.ncac.gov.cn/)

关于我们

关于我们 (/about)
常见问题 (/questions)
意见反馈
服务协议 (/terms)
隐私政策 (/privacy)
企业版 (http://b.qixin.com/)

小程序

APP

微信

友情链接： 合合信息 (https://www.ccint.com) 名片全能王 (https://www.camcard.com) 扫描全能王 (https://www.camscanner.com) 找到 (https://www.zdao.com/) 找到营销云 (https://b.zdao.com/) 蝉大师 (https://chandashi.com/) 权大师 (https://www.quandashi.com/) 数据观象台 (http://mi.talkingdata.com/) 中国加盟网 (http://www.jmw.com.cn/) 中国比地招标网 (http://www.bidizhaobiao.com) 网络非法金融信息举报专区 (http://www.js12377.cn/wyjb/index.jhtml?reportNext=1&reportClass=2&harmType=2)

反馈

置顶

沪公网安备 31010602003968号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=31010602003968) 上海生腾数据科技有限公司，版权所有©2014-2019 沪ICP备18033674号-2

公司地址： 上海市静安区万荣路1268号云立方A座11层

不良信息举报电话：400-8286-855 举报邮箱：kefu@qixin.com (mailto:kefu@qixin.com)



南京蓝海湖泊科技服务有限公司_工商_信息_风险信息_启信宝

启信宝 企业版试用 (http://b.qixin.com) 合作入口 ∨ 找关系 (/find-relation) VIP 团购 (http://www.jsdsgsxt.gov.cn/mbm/entweb/elec/certView.shtml?siteId=99b21b37b9894f23a4d6e15f6fe2ae63)

| 企业名 | 搜索 | 会员服务 (/members) 免费注册 (/auth/regist) |

请登录 (/auth/login?return_url=%2Fcompany%2F78ca2a0e-03e2-4320-818e-0501d096d5fa)


小程序


APP


微信


反馈


置顶