**POMERANTZ LLP**
Jeremy A. Lieberman (admitted *pro hac vice*)
Brenda Szydlo (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 917-463-1044
Email: jalieberman@pomlaw.com
Email: bszydlo@pomlaw.com

*Counsel for Lead Plaintiff and
the Proposed Settlement Class*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM LIKAS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHINACACHE INTERNATIONAL HOLDINGS LTD., SONG WANG, GUANGSHENG MENG, FENGYE GAO, and JING AN, <br><br> Defendants. | No.: 2:19-cv-06942-JWH-SS |

**NOTICE OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND <u>ESTABLISHING NOTICE PROCEDURES</u>**

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Lead Plaintiff The ChinaCache Investor Group (consisting of Plaintiffs Jingwen Zhang and Bingyang Cheng) ("Plaintiff"), individually and on behalf of all others similarly situated, will hereby move this Court on a date and at such time as may be designated by the Honorable Judge John W. Holcomb, United States District Judge of the United States District Court for the Central District of California, 3470 12th St., Riverside, CA 92501, Courtroom 2, for an Order: (i) granting Preliminary Approval of the Proposed Settlement; (ii) granting conditional certification of the Settlement Class, certifying Jingwen Zhang and Bingyang Cheng as class representatives and appointing Lead Counsel as class counsel for purposes of the Settlement; (iii) granting approval of the form and manner of giving notice of the proposed Settlement to the Settlement Class Members; and (iv) setting a date for a Settlement Hearing and deadlines for the mailing and publication of the Notice, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Plaintiff's motion for final approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and expenses. |

PLEASE TAKE NOTICE that Lead Plaintiff The ChinaCache Investor Group (consisting of Plaintiffs Jingwen Zhang and Bingyang Cheng) ("Plaintiff"), individually and on behalf of all others similarly situated, will hereby move this Court on a date and at such time as may be designated by the Honorable Judge John W. Holcomb, United States District Judge of the United States District Court for the Central District of California, 3470 12th St., Riverside, CA 92501, Courtroom 2, for an Order: (i) granting Preliminary Approval of the Proposed Settlement; (ii) granting conditional certification of the Settlement Class, certifying Jingwen Zhang and Bingyang Cheng as class representatives and appointing Lead Counsel as class counsel for purposes of the Settlement; (iii) granting approval of the form and manner of giving notice of the proposed Settlement to the Settlement Class Members; and (iv) setting a date for a Settlement Hearing and deadlines for the mailing and publication of the Notice, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Plaintiff's motion for final approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and expenses.

This motion is based upon the accompanying Memorandum of Law, the Declaration of Brenda Szydlo and the exhibits thereto, both filed simultaneously herewith, and other such matters and argument as the Court may consider at the hearing on this motion.

Plaintiff makes this motion following the conference of counsel pursuant to Local Rule 7-3, conducted on December 14, 2020, during which Settling Defendants' counsel advised that Settling Defendants do not oppose this motion.

| | | |
|---|---|---|
| 1 | Dated: December 15, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | **POMERANTZ LLP** |
| | | */s/ Brenda Szydlo* |
| 4 | | Jeremy A. Lieberman (admitted *pro hac vice*) |
| 5 | | Brenda Szydlo (admitted *pro hac vice*) |
| | | 600 Third Avenue, 20th Floor |
| 6 | | New York, New York 10016 |
| 7 | | Telephone: 212-661-1100 |
| | | Facsimile: 917-463-1044 |
| 8 | | Email: jalieberman@pomlaw.com |
| 9 | | Email: bszydlo@pomlaw.com |
| 10 | | **POMERANTZ LLP** |
| 11 | | Jennifer Pafiti (SBN 282790) |
| | | 1100 Glendon Avenue, 15th Floor |
| 12 | | Los Angeles, CA 90024 |
| 13 | | Telephone: (310) 405-7190 |
| | | Email: jpafiti@pomlaw.com |
| 14 | | |
| 15 | | **POMERANTZ LLP** |
| 16 | | Patrick V. Dahlstrom |
| | | 10 South LaSalle Street, Suite 3505 |
| 17 | | Chicago, IL 60603 |
| 18 | | Telephone: 312-377-1181 |
| | | Facsimile: 312-377-1184 |
| 19 | | Email: pdahlstrom@pomlaw.com |
| 20 | | |
| 21 | | *Counsel for Lead Plaintiff and the Proposed Settlement Class* |
| 22 | | |
| 23 | | **THE ROSEN LAW FIRM, P.A.** |
| | | Laurence M. Rosen (SBN 219683) |
| 24 | | 355 South Grand Avenue, Suite 2450 |
| 25 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 785-2610 |
| 26 | | Facsimile: (213) 226-4684 |
| 27 | | Email: lrosen@rosenlegal.com |
| 28 | | |
| | | *Additional Counsel for Lead Plaintiff* |

- 2 -
NOTICE OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING
SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                              */s/Brenda Szydlo*
                                              Brenda Szydlo