**POMERANTZ LLP**
Jeremy A. Lieberman (admitted *pro hac vice*)
Brenda Szydlo (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 917-463-1044
Email: jalieberman@pomlaw.com
Email: bszydlo@pomlaw.com

*Counsel for Lead Plaintiff and
the Proposed Settlement Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LIKAS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHINACACHE INTERNATIONAL HOLDINGS LTD., SONG WANG, GUANGSHENG MENG, FENGYE GAO, and JING AN, <br><br> Defendants. | No.: 2:19-cv-06942-JWH-SS |

**DECLARATION OF BRENDA SZYDLO IN SUPPORT
OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

1       I, Brenda Szydlo, declare as follows:

2       1.    I am Of Counsel at Pomerantz LLP, court-appointed Lead Counsel in the

3 action. I am admitted *pro hac vice* in this action. I respectfully submit this declaration

4 in support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement.

5       2.    Annexed hereto are true and correct copies of the following documents:

6     Exhibit 1: Stipulation and Agreement of Settlement, dated December 15, 2020

7         (the "Stipulation")

8       Exhibit A to the Stipulation: [Proposed] Order Preliminarily Approving

9       Settlement and Providing for Notice ("Proposed Preliminary Approval

10       Order").

11           Exhibit A-1 to the Proposed Preliminary Approval Order: Notice

12             of Pendency of Class Action and Proposed Settlement;

13             Settlement Fairness Hearing; and Motion for Award of

14             Attorneys' Fees and Reimbursement of Litigation

15             Expenses ("Notice")

16           Exhibit A-2 to the Proposed Preliminary Approval Order: Proof of

17             Claim Form ("Proof of Claim")

18           Exhibit A-3 to the Proposed Preliminary Approval Order:

19             Summary Notice of Pendency of Class Action and

20             Proposed Settlement; Settlement Fairness Hearing; and

21             Motion for an Award of Attorneys' Fees and

22             Reimbursement of Litigation Expenses ("Summary

23             Notice")

24       Exhibit B to the Stipulation: [Proposed] Final Judgment Approving

25       Class Action Settlement ("Judgment")

26     Exhibit 2: Firm resume of Pomerantz LLP

27

28       I declare under penalty of perjury under the law of the United States that the

foregoing is true and correct. Executed this December 15, 2020 at New York, New York.

/s/ *Brenda Szydlo*
Brenda Szydlo

DECLARATION OF BRENDA SZYDLO IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/Brenda Szydlo*
Brenda Szydlo

---