**POMERANTZ LLP**
Jeremy A. Lieberman (admitted *pro hac vice*)
Brenda Szydlo (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 917-463-1044
Email: jalieberman@pomlaw.com
Email: bszydlo@pomlaw.com

*Counsel for Lead Plaintiff and*
*the Proposed Settlement Class*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LIKAS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHINACACHE INTERNATIONAL HOLDINGS LTD., SONG WANG, GUANGSHENG MENG, FENGYE GAO, and JING AN,<br><br>Defendants. | No.: 2:19-cv-06942-JWH-SS<br><br>CLASS ACTION<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND AWARDS TO PLAINTIFF**<br><br>Date: August 27, 2021<br>Time: 9:00 a.m.<br>Courtroom: 2<br>Judge: Hon. John W. Holcomb |

NOTICE OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND AWARDS TO
PLAINTIFF

PLEASE TAKE NOTICE that on August 27, 2021 at 9:00 a.m., before the Honorable Judge John W. Holcomb, United States District Judge of the United States District Court for the Central District of California, 3470 12th St., Courtroom 2, Riverside, CA 92501, Lead Plaintiff The ChinaCache Investor Group (consisting of plaintiffs Jingwen Zhang and Bingyang Cheng ("Plaintiff")) will and hereby do move this Court for entry of an order awarding: (i) attorneys' fees of 33.3% of the Settlement, or $599,400, plus interest; (ii) expense reimbursement of $67,262.89, plus interest; and (iii) $2,500 each to plaintiffs Jingwen Zhang and Bingyang Cheng.

Plaintiff bases this motion upon the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Attorneys' Fees and Expenses and Awards to Plaintiff, the Declaration of Brenda Szydlo on Behalf of Pomerantz LLP Concerning Attorneys' Fees and Expenses, the Declaration of Laurence Rosen on Behalf of The Rosen Law Firm, P.A. Concerning Attorneys' Fees and Expenses, the Declaration of Brenda Szydlo In Support of Plaintiff's Motions For (1) Final Approval of Proposed Class Action Settlement; and (2) Attorneys' Fees, Reimbursement of Expenses, and Awards To Plaintiff, the Declaration of Josephine Bravata Concerning (A) Mailing of The Notice and Claim; (B) Publication of The Summary Notice; and (C) Report on Requests For Exclusion and Objections, and all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Dated: July 23, 2021

Respectfully submitted,

**POMERANTZ LLP**
*/s/ Brenda Szydlo*
Jeremy A. Lieberman (admitted *pro hac vice*)
Brenda Szydlo (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 917-463-1044
Email: jalieberman@pomlaw.com
Email: bszydlo@pomlaw.com

- 1 -

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Lead Plaintiff and the Proposed Settlement Class*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Additional Counsel for Lead Plaintiff*

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/Brenda Szydlo*
Brenda Szydlo

NOTICE OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND AWARDS TO PLAINTIFF