# EXHIBIT 5

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM LIKAS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHINACACHE INTERNATIONAL HOLDINGS LTD., SONG WANG, GUANGSHENG MENG, FENGYE GAO, and JING AN, <br><br> Defendants. | No.: 2:19-cv-06942-JWH-SS <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF BINGYANG CHENG** |

DECLARATION OF BINGYANG CHENG

DocuSign Envelope ID: E2701E3F-5168-4A8F-AD8D-058706051FF

Pursuant to 28 U.S.C. §1746, Bingyang Cheng declares:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1. I hereby submit this declaration in support of (1) Plaintiff's motion for final approval of class action settlement; (2) Plaintiff's Counsel's request for attorneys' fees and reimbursement of expenses; and (3) my application for reimbursement of time spent directly related to my representation of the Settlement Class. I intend nothing in this Declaration to constitute a waiver of attorney-client privilege or the work product doctrine.

2. I am one of the plaintiffs in The ChinaCache Investor Group, which is Lead Plaintiff in the above-captioned action. I seek to be a Class Repressive of the Settlement Class. Jingwen Zhang is the other plaintiff of The ChinaCache Investor Group.

3. I reside in Guangdong, China.

4. Pursuant to my obligations as Lead Plaintiff, through my lawyers, I participated in settlement negotiations. My lawyers conferred with me in advance of their negotiations with counsel for Defendants, informing me promptly of the progress of those settlement negotiations. After consulting with my lawyers and considering the risks and expense of continued litigation and the Company's financial situation, on behalf of myself and the Settlement Class, I approved the Settlement of this case for $1,800,000. I believe this is a fair and adequate result, considering the strengths of the case in light of the risks and expense of continued litigation.

5. As the Lead Plaintiff and proposed class representative for settlement purposes, I participated in each phase of the litigation, conferring with my counsel about substance and procedure and remaining abreast of developments in this case and news concerning ChinaCache International Holdings Ltd. ("ChinaCache" or the "Company"). I satisfied my obligations as Lead Plaintiff by:

DECLARATION OF BINGYANG CHENG

    a. Reading and discussing the pleadings with my counsel, including the initial complaint and the operative Amended Complaint;

    b. Reviewing and discussing the lead plaintiff motion with my counsel;

    c. Reviewing and discussing Defendants' motion to dismiss and Plaintiff's opposition with my counsel;

    d. Reviewing ChinaCache's current releases and financial statements and participating in settlement negotiations with my counsel and approving the proposed Settlement in principle reached in October 2020; and

    e. Reviewing the settlement documents.

6. I believe that I fulfilled my fiduciary duty to the Class to work with counsel to make sure the Class received fair and adequate representation. I have done my best to vigorously promote the interests of the Class and to obtain the largest recovery possible under the circumstances, and I do believe that the Settlement confers the best result possible under all of the circumstances.

7. I understand that the PSLRA, 15 U.S.C. § 78u-4(a)(4), provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation.

8. In fulfillment of my responsibilities as a Lead Plaintiff, as discussed in ¶5 above, I conservatively estimate that I devoted at least ten hours of time to this litigation. The time that I devoted to the representation of the Class in this Action was time that I otherwise would have spent on other activities and, thus, represented a cost to me.

9. I am a finance manager and hold a bachelor's degree in accounting. I have been investing in the securities markets for approximately eleven years.

10. I believe that the time and effort I devoted to this litigation was necessary to help achieve the Settlement for the Class.

- 2 -
DECLARATION OF BINGYANG CHENG

DocuSign Envelope ID: E2701E3F-5168-4A8F-AD8D-05870605D1FF

11. Accordingly, I respectfully request that the Court approve a payment to me in the amount of $2,500 as reimbursement for the time spent, and efforts I made, on behalf of the Class. It is my belief that this request for reimbursement is fair and reasonable.

12. I understand Lead Counsel will seek an award of attorneys' fees in the amount of 33.3% of the Settlement Amount. I support Lead Counsel's request for attorneys' fees. I also support Lead Counsel's request for reimbursement of litigation expenses.

13. In sum, I respectfully request that the court approve the Settlement; reimburse me for the time I spent on this case and representing the Class; and approve Lead Counsel's request for attorneys' fees and expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___7/16/2021_____

DocuSigned by:

_____
36574E51672C431...
Bingyang Cheng

- 3 -
DECLARATION OF BINGYANG CHENG