**POMERANTZ LLP**
Jeremy A. Lieberman (admitted *pro hac vice*)
Brenda Szydlo (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 917-463-1044
Email: jalieberman@pomlaw.com
Email: bszydlo@pomlaw.com

*Counsel for Lead Plaintiff and*
*the Proposed Settlement Class*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LIKAS, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CHINACACHE INTERNATIONAL HOLDINGS LTD., SONG WANG, GUANGSHENG MENG, FENGYE GAO, and JING AN,<br><br>        Defendants. | No.: 2:19-cv-06942-JWH-SS<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF BRENDA SZYDLO IN FURTHER SUPPORT OF PLAINTIFF'S MOTIONS FOR (1) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; AND (2) ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFF** |

I, Brenda Szydlo, declare as follows:

1.    I am an attorney duly licensed to practice law in New York, and I have been admitted *pro hac vice* in this Action. I am Of Counsel at Pomerantz LLP, court-appointed Lead Counsel in the Action. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.    I submit this declaration in further support of Lead Plaintiff The ChinaCache Investor Group's Motions for: (1) final approval of the proposed Settlement of this Action; and (2) attorneys' fees, reimbursement of expenses, and awards to Plaintiff, filed concurrently herewith.

3.    Attached hereto as Exhibit 1 is the [Proposed] Order and Final Judgment Approving Class Action Settlement, Attorneys' Fees, Expenses, and Awards to Plaintiff.

4.    Attached hereto as Exhibit 2 is a true and correct copy of the Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Notice and Claim Form; and (B) Report on Requests for Exclusion and Objections.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2021.

*/s/ Brenda Szydlo*

Brenda Szydlo

- 1 -

SUPPLEMENTAL DECLARATION OF BRENDA SZYDLO IN FURTHER SUPPORT OF PLAINTIFF'S
MOTIONS FOR (1) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; AND (2)
ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFF

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/Brenda Szydlo*

Brenda Szydlo

SUPPLEMENTAL DECLARATION OF BRENDA SZYDLO IN FURTHER SUPPORT OF PLAINTIFF'S MOTIONS FOR (1) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; AND (2) ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFF