# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

WILLIAM LIKAS, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

    v.

CHINACACHE INTERNATIONAL HOLDINGS LTD., SONG WANG, GUANGSHENG MENG, FENGYE GAO, and JING AN,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No.: 2:19-cv-06942-JWH-SS

## SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE NOTICE AND CLAIM FORM; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

I, Josephine Bravata, declare as follows:

1.    I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over nineteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over four-hundred and fifty (450) class action settlements since its inception. I submit this Supplemental Declaration in order to provide the Court and the Parties updated information regarding the mailing of the Notice and Claim Form to potential

1

Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein.

## UPDATE ON MAILING OF POSTCARD NOTICE

2.      Pursuant to the Court's Order Granting Preliminary Approval of Class Settlement and Providing For Notice, dated April 26, 2021 (the "Preliminary Approval Order"), SCS was retained and approved as Claims Administrator to supervise and administer the notice procedure and processing of claims in connection with the Settlement of the above-captioned action.

3.      As noted in the Declaration of Josephine Bravata Concerning (A) Mailing of the Notice and Claim; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections dated July 22, 2021 (the "Bravata Declaration"), SCS mailed or emailed 1,230 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. SCS then mailed 23,337 Notice and Claim Forms and emailed two links for the Notice and Claim Form to potential Settlement Class Members or nominees.  Since the Bravata Declaration was filed, no additional Notice and Claim Forms were mailed or links of Notice and Claim emailed due to responses from Nominee Account Holders and Institutional Groups.

Supplemental Declaration of Josephine Bravata – No. 2:19-cv-06942-JWH-SS

4.     Additionally, the Bravata Declaration noted that SCS was notified by one of the Nominee Account Holders that it emailed 10,895 of its customers to notify them of this settlement and to provide a link to the Notice and Claim Form on the Settlement website. Since the Bravata Declaration, SCS has been notified by the same Nominee Account Holder that it emailed an additional 49 of its customers.  In total, 10,944 of these customers were emailed a direct link to the Notice and Claim Form.

5.     Since the Bravata Declaration an additional 257 Notice and Claim Forms were returned.  Of these, the United States Postal Service provided forwarding addresses for 5, and SCS immediately mailed another Notice and Claim Form to the updated addresses.  The remaining 252 Notice and Claim Forms returned as undeliverable were corrected to obtain updated addresses and 197 were re-mailed to updated addresses.

## UPDATE ON TOLL-FREE PHONE LINE

6.     The Bravata Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004), which was set forth in the Notice and Claim Form and Summary Notice. SCS made the toll-free helpline available for Settlement Class Members to call and obtain information about the Settlement. SCS continues to promptly respond to each telephone inquiry and address Settlement Class Member inquiries.

3

Supplemental Declaration of Josephine Bravata – No. 2:19-cv-06942-JWH-SS

## UPDATE ON SETTLEMENT WEBSITE

7.    The Bravata Declaration also noted that on May 13, 2021, SCS established a case-specific dedicated website for the Settlement, www.chinacachesettlement.com (the "Settlement Website"). The Settlement Website is accessible 24 hours a day, 7 days a week. SCS continues to maintain the website.   The Settlement Website contains a home page; important documents page with the Notice and Claim Form, Preliminary Approval Order, and the Stipulation and Agreement of Settlement; a file a claim online page; a nominees page; and a contact us page.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

8.    The Notice, Summary Notice, and the dedicated website informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than August 6, 2021.  SCS has been monitoring all mail delivered for this case. The Bravata Declaration stated that SCS received one invalid request for exclusion and a copy of that exclusion request along with SCS' correspondence was attached as Exhibit D to the Bravata Declaration.   Since the Bravata Declaration, SCS has received no exclusion requests and no response for the invalid exclusion request.

9.    According to the Notice and Summary Notice, Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation or

4

Supplemental Declaration of Josephine Bravata – No. 2:19-cv-06942-JWH-SS

Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, were required to submit their objection in writing such that the request was received by Lead Counsel and Settling Defendants' Counsel, as well as filed with the Clerk of the Court, no later than August 6, 2021. As of the date of this Declaration, SCS has neither received any objections nor been notified that Lead Counsel has received any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of August 2021, in Media, Pennsylvania.

_Josephine Bravata_
Josephine Bravata

Supplemental Declaration of Josephine Bravata – No. 2:19-cv-06942-JWH-SS