UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | CV 19-06942-JWH-SS(x) | Date | September 3, 2021 |
|---|---|---|---|
| Title | *William Likas v. ChinaCache International Holdings, Ltd., et al.* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Noe U. Ponce | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorney Present for Defendants: |
|---|---|
| Brenda F. Szydlo | Jacob J. Waldman |
| Villi Shteyn | |

**Proceedings:** **VIDEO HEARING RE: PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS [ECF NO. 85]; AND PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND AWARDS TO PLAINTIFF [ECF NO. 86]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. The Court takes the motions [ECF Nos. 85 & 86] under submission.

**IT IS SO ORDERED.**

Time:  00:13
Initials of Preparer: NP