## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LIKAS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CHINACACHE INTERNATIONAL HOLDINGS LTD., SONG WANG, GUANGSHENG MENG, FENGYE GAO, and JING AN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No.: 2:19-cv-06942-JWH-SS |

## DECLARATION OF JOSEPHINE BRAVATA CONCERNING THE RESULTS OF THE CLAIMS ADMINISTRATION PROCESS

I, Josephine Bravata, declare as follows:

1. I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over nineteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over four-hundred and fifty (450) class action settlements since its inception. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

## **UPDATE ON THE NOTIFICATION PROCESS**

2.      Pursuant to the Court's Order Granting Preliminary Approval of Class Settlement and Providing For Notice, dated April 26, 2021 (the "Preliminary Approval Order"), SCS was retained and approved as Claims Administrator in connection with the Settlement of the above-captioned action.

3.      As noted in the Declaration of Josephine Bravata Concerning (A) Mailing of the Notice and Claim; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated July 22, 2021 and the Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Notice and Claim Form; and (B) Report on Requests for Exclusion and Objections, dated August 19, 2021 (the "Bravata Declarations"), SCS mailed or emailed 1,230 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 23,337 Notice and Claim Forms and emailed two links for the Notice and Claim Form to potential Settlement Class Members or nominees. SCS was also notified that one of the Nominee Account Holders had notified 10,944 potential Settlement Class Members of the Settlement by email and provided links to the Notice and Claim Form on the Settlement website.  Since the Bravata Declarations were filed, no additional Notice and Claim Forms have been mailed due to responses from Nominee Account Holders and Institutional Groups,

Declaration of Josephine Bravata – No. 2:19-cv-06942-JWH-SS

and no additional email notifications have been sent.  A total of 34,281 notices have been disseminated to date.

### UPDATE ON TOLL-FREE PHONE LINE

4.      The Bravata Declarations noted that SCS maintains a toll-free telephone number (1-866-274-4004), which was set forth in the Notice and Claim, Form and Summary Notice.  SCS continues to promptly respond to each telephone inquiry and will continue to address questions from Settlement Class Members.

### UPDATE ON SETTLEMENT WEBSITE

5.      The Bravata Declarations also noted that on May 13, 2021, SCS established a case-specific dedicated website for the Settlement, www.chinacachesettlement.com (the "Settlement Website").  SCS continues to maintain the Settlement Website.  The Settlement Website contains a home page; important documents page; a file a claim online page; a nominees page; and a contact us page.

### STATUS OF CLAIMS PROCESSING

6.      Through April 6, 2022, 885 Claim Forms (hereafter referred to as "claims") were submitted in connection with this settlement.[1]  SCS has carefully reviewed, analyzed, and processed all of these claims, and has responded to all

---

[1] SCS has not processed any claims filed after April 6, 2022, and will not consider any responses to rejections received after May 3, 2022, due to extreme lateness and because their inclusion would have delayed the finalization of the administration.

claimant inquiries regarding the action, the settlement and the procedures for filling out the Claim Forms.  SCS has also been in close contact with Lead Counsel to review the administration process.  SCS's Report of Claims Administrator is annexed hereto as **Exhibit A** and described below.

7.    The annexed Report of Claims Administrator sets forth the final status of claims submitted to SCS as follows:

a.    PROPERLY DOCUMENTED CLAIMS:    SCS has identified 111[2] properly documented valid claims.    These valid claims represent Recognized Losses of $3,002,599.83[3]. These valid claims were calculated in the manner set forth in the Court-approved Proposed Plan of Allocation of the Net Settlement Fund ("Plan of Allocation"), included in the Notice. **Exhibit B-1** is a spreadsheet of the 103 properly documented and timely submitted claims.  **Exhibit B-2** is a spreadsheet of the 8 claims submitted after the Court-approved claims filing deadline, September 21, 2021, and on or before April 6, 2022.

b.    INADEQUATELY DOCUMENTED CLAIMS:  SCS initially identified 31 inadequately documented claims. SCS mailed or emailed

[2] This number includes 103 timely filed valid claims and 8 late but otherwise valid claims.

[3] This amount includes Recognized Losses for timely filed, valid claims of $2,934,469.54 and Recognized Losses for late (but otherwise valid) claims of $68,130.29.

4

inadequacy notices to each of these claimants, advising them of the nature of their inadequacy and providing them an opportunity to cure. A sample inadequacy notice is annexed hereto as **Exhibit C**. Among these 31 deficient claims, 14 have been successfully cured and are considered valid. The remaining 17 inadequate claimants either did not respond to the inadequacy notice or responded with inadequate documentation and were sent a rejection notice setting forth the reason for their inadequacy. To date, none of the 17 inadequate claimants has objected to or contested this determination. See **Exhibit D** for a list of the inadequate, rejected claimants.

c.      INELIGIBLE CLAIMS: In addition to the 17 claims discussed above in paragraph 7.b., SCS has identified 757 claims which we recommend for complete rejection. Included in this category are: (i) claims with no Recognized Losses; (ii) claims with American Depositary Receipts ("ADRs") of ChinaCache International Holdings Ltd. et al. ("ChinaCache") purchased outside of the Settlement Class Period; (iii) claims with shares sold short; (iv) ADRs of ChinaCache that were not purchased or otherwise acquired, but were received or granted by gift, inheritance, or operation of law; (v) claims filed for securities other than ChinaCache; (vi) duplicate claims; and (vii) claims which were withdrawn by the filing entity. See **Exhibit E** for a list of these ineligible claims. We have communicated with these 757 claimants and

Declaration of Josephine Bravata – No. 2:19-cv-06942-JWH-SS

advised them of our determination.  A sample ineligibility notice is annexed hereto as **Exhibit F**. To date, none of these ineligible claimants has contested their determination.

8.     In anticipation of completing this administration, SCS respectfully requests that the Court reject as untimely any claims received after April 6, 2022, and any responses to deficiency and/or rejection notices received after May 3, 2022.

9.     Should the Court concur with SCS's administrative determinations concerning the claims recommended for acceptance and rejection, SCS recommends the following distribution plan:

(a)     Per the Plan of Allocation, each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund based on each Authorized Claimant's Recognized Loss divided by the total Recognized Losses of all 103 Authorized Claimants and 8 late claims, if the late claims are deemed valid by the Court, then multiplied by the total amount in the Net Settlement Fund. The Net Settlement Fund will be allocated among all Authorized Claimants whose Distribution Amount is $10.00 or greater.

(b)     In order to encourage Authorized Claimants to cash their distribution checks promptly, and to avoid or reduce future expenses relating to unpaid distribution checks, all checks should bear the notation, "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS

6

Declaration of Josephine Bravata – No. 2:19-cv-06942-JWH-SS

AFTER ISSUE DATE." Similarly, all other checks issued in connection with subsequent distributions shall bear the same notation.

(c)      After the initial distribution of the Net Settlement Fund, the Claims Administrator shall make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks. To the extent any monies remain in the fund eight (8) months after the initial distribution, if Lead Counsel, in consultation with the Claims Administrator, determines that it is cost-effective to do so, the Claims Administrator shall conduct a re-distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such redistribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution. Additional re-distributions to Authorized Claimants who have cashed their prior checks and who would receive at least $10.00 on such additional re-distributions may occur thereafter if Lead Counsel, in consultation with the Claims Administrator, determines that additional redistributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective.

(d)      Authorized Claimants who do not cash their distribution checks within the time allotted will irrevocably forfeit all recovery from the

7

Settlement unless good cause is shown. The funds allocated to all such stale-dated checks will be available for re-distribution to other Authorized Claimants in subsequent distributions, if such distributions are determined to be economically feasible.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of May 2022, in Media, Pennsylvania.

_____
Josephine Bravata

Declaration of Josephine Bravata – No. 2:19-cv-06942-JWH-SS

# EXHIBIT A

## REPORT OF THE CLAIMS ADMINISTRATOR

## CHINACACHE INTERNATIONAL HOLDINGS LTD. SECURITIES LITIGATION

TOTAL # OF CLAIMS……………………………………………………… <u>885</u>

TOTAL # OF APPROVED VALID CLAIMS………………………………… <u>111</u>

TOTAL # OF INELIGIBLE CLAIMS…………………………………..... <u>774</u>

NO RECOGNIZED LOSSES.........................................562
PURCHASED OUTSIDE CLASS PERIOD...................105
SHARES SOLD SHORT....................................................53
SHARES NOT PURCHASED .........................................30
INADEQUATE DOCUMENTATION ............................17
WRONG STOCK ..............................................................3
DUPLICATE CLAIMS ......................................................3
CLAIM WITHDRAWN .....................................................1

TOTAL .......................................................................<u>774</u>

TOTAL RECOGNIZED LOSSES ............................................................$3,002,599.83

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 1 | 125,924.99 |
| 4 | 4,847.00 |
| 12 | 378.00 |
| 16 | 540.00 |
| 19 | 108.00 |
| 20 | 432.00 |
| 22 | 12.96 |
| 24 | 702.00 |
| 26 | 1,080.00 |
| 28 | 1,080.00 |
| 31 | 1,080.00 |
| 36 | 10.80 |
| 41 | 5,400.00 |
| 42 | 6,817.70 |
| 47 | 4,945.32 |
| 51 | 4,343.00 |
| 53 | 1,759.32 |
| 62 | 108.00 |
| 63 | 106.92 |
| 71 | 1,080.00 |
| 74 | 2.16 |
| 76 | 351.88 |
| 77 | 2,160.00 |
| 83 | 3,888.00 |
| 86 | 152,060.76 |
| 87 | 2,160.00 |
| 90 | 2,160.00 |
| 92 | 480.60 |
| 95 | 1,069.00 |
| 99 | 3,710.00 |
| 101 | 8,390.65 |
| 105 | 540.00 |
| 111 | 324.00 |
| 113 | 33.48 |
| 116 | 515.00 |
| 126 | 1,080.00 |
| 130 | 15,584.00 |
| 131 | 140.40 |
| 134 | 864.00 |
| 135 | 216.00 |
| 136 | 756.00 |
| 137 | 43.20 |
| 144 | 108.00 |
| 145 | 162.00 |
| 147 | 13,534.56 |
| 195 | 238.98 |
| 236 | 50.84 |
| 245 | 996.84 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**　　　　**EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 267 | 20.52 |
| 279 | 198.72 |
| 280 | 249.48 |
| 281 | 47.52 |
| 282 | 125.58 |
| 283 | 82.08 |
| 307 | 10.80 |
| 358 | 10,800.00 |
| 359 | 54,098.28 |
| 364 | 39,503.11 |
| 366 | 3,240.00 |
| 373 | 72.36 |
| 376 | 1,080.00 |
| 377 | 864.00 |
| 388 | 3,240.00 |
| 394 | 10,199.52 |
| 415 | 14.04 |
| 437 | 1,080.00 |
| 451 | 216.00 |
| 512 | 540.00 |
| 561 | 710.22 |
| 562 | 712.33 |
| 568 | 1,404.00 |
| 597 | 864.00 |
| 634 | 1,080.00 |
| 636 | 609,812.36 |
| 640 | 1,080.00 |
| 642 | 1.08 |
| 644 | 10,800.00 |
| 650 | 700,885.68 |
| 662 | 1,328.22 |
| 682 | 108.00 |
| 703 | 255.96 |
| 710 | 647.40 |
| 732 | 11,316.48 |
| 738 | 1,080.00 |
| 749 | 1,080.00 |
| 750 | 1,080.00 |
| 773 | 869.20 |
| 775 | 25,920.00 |
| 778 | 18,040.10 |
| 810 | 1,080.00 |
| 816 | 16,200.00 |
| 820 | 1,080.00 |
| 826 | 914.52 |
| 828 | 6,068.78 |
| 830 | 4,661.03 |
| 831 | 3,240.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 833 | 1,890.00 |
| 837 | 227.88 |
| 839 | 9,568.50 |
| 840 | 990,243.16 |
| 847 | 4,320.00 |
| 850 | 270.00 |
| 860 | 7,572.27 |
| **Total**    **103** | **$    2,934,469.54** |

**LATE, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-2**

| Claim # | Recognized Losses |
|---|---|
| 858 | 6,914.00 |
| 868 | 8,358.12 |
| 869 | 34,093.68 |
| 871 | 1,864.69 |
| 872 | 4,320.00 |
| 873 | 10,220.00 |
| 874 | 415.80 |
| 881 | 1,944.00 |
| **Total** | **8 $ 68,130.29** |

**EXHIBIT C**

Likas v. ChinaCache International Holdings Ltd. et al.
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## DEFICIENCY NOTICE

**CONTROL#:**  29                                          **January 12, 2022**

**AcctNum**

A review of your claim has revealed some incomplete or missing information.  In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
|---|---|
| Documentation* was not provided. In order to process your claim we require: (1) any transactions of ChinaCache International Holdings Ltd. ("ChinaCache") American Depositary Receipts ("ADRs") during the period from April 10, 2015 hrough December 3, 2019, inclusive; (2) proof of holdings of ChinaCache ADRs at the close of trading on April 9, 2015; and (3) proof of holding of ChinaCache ADRs at the close of trading on December 3, 2019. | 1000 |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within fourteen (14) calendar days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (1) any transactions of ChinaCache International Holdings Ltd. ("ChinaCache") American Depositary Receipts ("ADRs") during the period from April 10, 2015 hrough December 3, 2019, inclusive; (2) proof of holdings of ChinaCache ADRs at the close of trading on April 9, 2015; and (3) proof of holding of ChinaCache ADRs at the close of trading on December 3, 2019.

**INADEQUATELY DOCUMENTED CLAIMS**                                    **EXHIBIT D**

| Claim # | Rejection Reason |
|---|---|
| 29 | INADEQUATELY DOCUMENTED |
| 37 | INADEQUATELY DOCUMENTED |
| 54 | INADEQUATELY DOCUMENTED |
| 59 | INADEQUATELY DOCUMENTED |
| 72 | INADEQUATELY DOCUMENTED |
| 123 | INADEQUATELY DOCUMENTED |
| 124 | INADEQUATELY DOCUMENTED |
| 754 | INADEQUATELY DOCUMENTED |
| 755 | INADEQUATELY DOCUMENTED |
| 756 | INADEQUATELY DOCUMENTED |
| 757 | INADEQUATELY DOCUMENTED |
| 822 | INADEQUATELY DOCUMENTED |
| 823 | INADEQUATELY DOCUMENTED |
| 824 | INADEQUATELY DOCUMENTED |
| 827 | INADEQUATELY DOCUMENTED |
| 848 | INADEQUATELY DOCUMENTED |
| 852 | INADEQUATELY DOCUMENTED |

**Total**                                         **17**

**INELIGIBLE CLAIMS** #1231

**EXHIBIT E**

| Claim # | Rejection Reason |
| --- | --- |
| 2 | NO RECOGNIZED LOSSES |
| 3 | PURCHASED OUTISDE CLASS PERIOD |
| 5 | DUPLICATE CLAIM FILED |
| 6 | NO RECOGNIZED LOSSES |
| 7 | NO RECOGNIZED LOSSES |
| 8 | NO RECOGNIZED LOSSES |
| 9 | NO RECOGNIZED LOSSES |
| 10 | NO RECOGNIZED LOSSES |
| 11 | NO RECOGNIZED LOSSES |
| 13 | NO RECOGNIZED LOSSES |
| 14 | PURCHASED OUTISDE CLASS PERIOD |
| 15 | NO RECOGNIZED LOSSES |
| 17 | NO RECOGNIZED LOSSES |
| 18 | NO RECOGNIZED LOSSES |
| 21 | NO RECOGNIZED LOSSES |
| 23 | NO RECOGNIZED LOSSES |
| 25 | NO RECOGNIZED LOSSES |
| 27 | NO RECOGNIZED LOSSES |
| 30 | NO RECOGNIZED LOSSES |
| 32 | NO RECOGNIZED LOSSES |
| 33 | NO RECOGNIZED LOSSES |
| 34 | PURCHASED OUTISDE CLASS PERIOD |
| 35 | PURCHASED OUTISDE CLASS PERIOD |
| 38 | NO RECOGNIZED LOSSES |
| 39 | WRONG STOCK |
| 40 | NO RECOGNIZED LOSSES |
| 43 | NO RECOGNIZED LOSSES |
| 44 | NO RECOGNIZED LOSSES |
| 45 | PURCHASED OUTISDE CLASS PERIOD |
| 46 | PURCHASED OUTISDE CLASS PERIOD |
| 48 | NO RECOGNIZED LOSSES |
| 49 | NO RECOGNIZED LOSSES |
| 50 | NO RECOGNIZED LOSSES |
| 52 | NO RECOGNIZED LOSSES |
| 55 | PURCHASED OUTISDE CLASS PERIOD |
| 56 | NO RECOGNIZED LOSSES |
| 57 | PURCHASED OUTISDE CLASS PERIOD |
| 58 | NO RECOGNIZED LOSSES |
| 60 | NO RECOGNIZED LOSSES |
| 61 | NO RECOGNIZED LOSSES |
| 64 | NO RECOGNIZED LOSSES |
| 65 | NO RECOGNIZED LOSSES |
| 66 | NO RECOGNIZED LOSSES |
| 67 | NO RECOGNIZED LOSSES |
| 68 | NO RECOGNIZED LOSSES |
| 69 | NO RECOGNIZED LOSSES |
| 70 | NO RECOGNIZED LOSSES |
| 73 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
| --- | --- |
| 75 | NO RECOGNIZED LOSSES |
| 78 | NO RECOGNIZED LOSSES |
| 79 | NO RECOGNIZED LOSSES |
| 80 | NO RECOGNIZED LOSSES |
| 81 | NO RECOGNIZED LOSSES |
| 82 | NO RECOGNIZED LOSSES |
| 84 | NO RECOGNIZED LOSSES |
| 85 | PURCHASED OUTISDE CLASS PERIOD |
| 88 | WRONG STOCK |
| 89 | NO RECOGNIZED LOSSES |
| 91 | NO RECOGNIZED LOSSES |
| 93 | NO RECOGNIZED LOSSES |
| 94 | NO RECOGNIZED LOSSES |
| 96 | NO RECOGNIZED LOSSES |
| 97 | NO RECOGNIZED LOSSES |
| 98 | NO RECOGNIZED LOSSES |
| 100 | NO RECOGNIZED LOSSES |
| 102 | WRONG STOCK |
| 103 | NO RECOGNIZED LOSSES |
| 104 | NO RECOGNIZED LOSSES |
| 106 | NO RECOGNIZED LOSSES |
| 107 | NO RECOGNIZED LOSSES |
| 108 | NO RECOGNIZED LOSSES |
| 109 | NO RECOGNIZED LOSSES |
| 110 | NO RECOGNIZED LOSSES |
| 112 | NO RECOGNIZED LOSSES |
| 114 | NO RECOGNIZED LOSSES |
| 115 | NO RECOGNIZED LOSSES |
| 117 | NO RECOGNIZED LOSSES |
| 118 | NO RECOGNIZED LOSSES |
| 119 | NO RECOGNIZED LOSSES |
| 120 | NO RECOGNIZED LOSSES |
| 121 | NO RECOGNIZED LOSSES |
| 122 | NO RECOGNIZED LOSSES |
| 125 | NO RECOGNIZED LOSSES |
| 127 | PURCHASED OUTISDE CLASS PERIOD |
| 128 | NO RECOGNIZED LOSSES |
| 129 | NO RECOGNIZED LOSSES |
| 132 | NO RECOGNIZED LOSSES |
| 133 | NO RECOGNIZED LOSSES |
| 138 | NO RECOGNIZED LOSSES |
| 139 | NO RECOGNIZED LOSSES |
| 140 | PURCHASED OUTISDE CLASS PERIOD |
| 141 | SHARES SOLD SHORT |
| 142 | PURCHASED OUTISDE CLASS PERIOD |
| 143 | PURCHASED OUTISDE CLASS PERIOD |
| 146 | NO RECOGNIZED LOSSES |
| 148 | PURCHASED OUTISDE CLASS PERIOD |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 149 | PURCHASED OUTISDE CLASS PERIOD |
| 150 | SHARES NOT PURCHASED |
| 151 | NO RECOGNIZED LOSSES |
| 152 | NO RECOGNIZED LOSSES |
| 153 | NO RECOGNIZED LOSSES |
| 154 | SHARES NOT PURCHASED |
| 155 | PURCHASED OUTISDE CLASS PERIOD |
| 156 | PURCHASED OUTISDE CLASS PERIOD |
| 157 | PURCHASED OUTISDE CLASS PERIOD |
| 158 | SHARES NOT PURCHASED |
| 159 | SHARES NOT PURCHASED |
| 160 | SHARES NOT PURCHASED |
| 161 | NO RECOGNIZED LOSSES |
| 162 | NO RECOGNIZED LOSSES |
| 163 | NO RECOGNIZED LOSSES |
| 164 | NO RECOGNIZED LOSSES |
| 165 | NO RECOGNIZED LOSSES |
| 166 | NO RECOGNIZED LOSSES |
| 167 | NO RECOGNIZED LOSSES |
| 168 | SHARES SOLD SHORT |
| 169 | NO RECOGNIZED LOSSES |
| 170 | PURCHASED OUTISDE CLASS PERIOD |
| 171 | NO RECOGNIZED LOSSES |
| 172 | NO RECOGNIZED LOSSES |
| 173 | NO RECOGNIZED LOSSES |
| 174 | SHARES SOLD SHORT |
| 175 | NO RECOGNIZED LOSSES |
| 176 | NO RECOGNIZED LOSSES |
| 177 | SHARES SOLD SHORT |
| 178 | SHARES SOLD SHORT |
| 179 | NO RECOGNIZED LOSSES |
| 180 | NO RECOGNIZED LOSSES |
| 181 | NO RECOGNIZED LOSSES |
| 182 | NO RECOGNIZED LOSSES |
| 183 | NO RECOGNIZED LOSSES |
| 184 | NO RECOGNIZED LOSSES |
| 185 | NO RECOGNIZED LOSSES |
| 186 | NO RECOGNIZED LOSSES |
| 187 | SHARES NOT PURCHASED |
| 188 | NO RECOGNIZED LOSSES |
| 189 | SHARES SOLD SHORT |
| 190 | NO RECOGNIZED LOSSES |
| 191 | NO RECOGNIZED LOSSES |
| 192 | NO RECOGNIZED LOSSES |
| 193 | NO RECOGNIZED LOSSES |
| 194 | NO RECOGNIZED LOSSES |
| 196 | NO RECOGNIZED LOSSES |
| 197 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 198 | NO RECOGNIZED LOSSES |
| 199 | NO RECOGNIZED LOSSES |
| 200 | SHARES SOLD SHORT |
| 201 | SHARES SOLD SHORT |
| 202 | PURCHASED OUTISDE CLASS PERIOD |
| 203 | NO RECOGNIZED LOSSES |
| 204 | NO RECOGNIZED LOSSES |
| 205 | NO RECOGNIZED LOSSES |
| 206 | NO RECOGNIZED LOSSES |
| 207 | NO RECOGNIZED LOSSES |
| 208 | SHARES SOLD SHORT |
| 209 | SHARES SOLD SHORT |
| 210 | SHARES SOLD SHORT |
| 211 | NO RECOGNIZED LOSSES |
| 212 | PURCHASED OUTISDE CLASS PERIOD |
| 213 | NO RECOGNIZED LOSSES |
| 214 | SHARES SOLD SHORT |
| 215 | SHARES SOLD SHORT |
| 216 | SHARES SOLD SHORT |
| 217 | NO RECOGNIZED LOSSES |
| 218 | NO RECOGNIZED LOSSES |
| 219 | NO RECOGNIZED LOSSES |
| 220 | SHARES SOLD SHORT |
| 221 | NO RECOGNIZED LOSSES |
| 222 | SHARES SOLD SHORT |
| 223 | SHARES SOLD SHORT |
| 224 | NO RECOGNIZED LOSSES |
| 225 | NO RECOGNIZED LOSSES |
| 226 | NO RECOGNIZED LOSSES |
| 227 | SHARES SOLD SHORT |
| 228 | NO RECOGNIZED LOSSES |
| 229 | NO RECOGNIZED LOSSES |
| 230 | NO RECOGNIZED LOSSES |
| 231 | SHARES SOLD SHORT |
| 232 | NO RECOGNIZED LOSSES |
| 233 | SHARES SOLD SHORT |
| 234 | PURCHASED OUTISDE CLASS PERIOD |
| 235 | NO RECOGNIZED LOSSES |
| 237 | NO RECOGNIZED LOSSES |
| 238 | NO RECOGNIZED LOSSES |
| 239 | NO RECOGNIZED LOSSES |
| 240 | NO RECOGNIZED LOSSES |
| 241 | NO RECOGNIZED LOSSES |
| 242 | SHARES NOT PURCHASED |
| 243 | SHARES NOT PURCHASED |
| 244 | SHARES NOT PURCHASED |
| 246 | SHARES NOT PURCHASED |
| 247 | SHARES NOT PURCHASED |

## INELIGIBLE CLAIMS

| Claim # | Rejection Reason |
|---------|------------------|
| 248 | PURCHASED OUTISDE CLASS PERIOD |
| 249 | PURCHASED OUTISDE CLASS PERIOD |
| 250 | NO RECOGNIZED LOSSES |
| 251 | SHARES NOT PURCHASED |
| 252 | NO RECOGNIZED LOSSES |
| 253 | NO RECOGNIZED LOSSES |
| 254 | PURCHASED OUTISDE CLASS PERIOD |
| 255 | PURCHASED OUTISDE CLASS PERIOD |
| 256 | PURCHASED OUTISDE CLASS PERIOD |
| 257 | PURCHASED OUTISDE CLASS PERIOD |
| 258 | SHARES NOT PURCHASED |
| 259 | PURCHASED OUTISDE CLASS PERIOD |
| 260 | PURCHASED OUTISDE CLASS PERIOD |
| 261 | PURCHASED OUTISDE CLASS PERIOD |
| 262 | NO RECOGNIZED LOSSES |
| 263 | PURCHASED OUTISDE CLASS PERIOD |
| 264 | NO RECOGNIZED LOSSES |
| 265 | NO RECOGNIZED LOSSES |
| 266 | NO RECOGNIZED LOSSES |
| 268 | NO RECOGNIZED LOSSES |
| 269 | NO RECOGNIZED LOSSES |
| 270 | PURCHASED OUTISDE CLASS PERIOD |
| 271 | PURCHASED OUTISDE CLASS PERIOD |
| 272 | NO RECOGNIZED LOSSES |
| 273 | NO RECOGNIZED LOSSES |
| 274 | PURCHASED OUTISDE CLASS PERIOD |
| 275 | PURCHASED OUTISDE CLASS PERIOD |
| 276 | PURCHASED OUTISDE CLASS PERIOD |
| 277 | NO RECOGNIZED LOSSES |
| 278 | NO RECOGNIZED LOSSES |
| 284 | NO RECOGNIZED LOSSES |
| 285 | NO RECOGNIZED LOSSES |
| 286 | NO RECOGNIZED LOSSES |
| 287 | PURCHASED OUTISDE CLASS PERIOD |
| 288 | SHARES SOLD SHORT |
| 289 | SHARES NOT PURCHASED |
| 290 | NO RECOGNIZED LOSSES |
| 291 | NO RECOGNIZED LOSSES |
| 292 | SHARES NOT PURCHASED |
| 293 | PURCHASED OUTISDE CLASS PERIOD |
| 294 | NO RECOGNIZED LOSSES |
| 295 | PURCHASED OUTISDE CLASS PERIOD |
| 296 | NO RECOGNIZED LOSSES |
| 297 | NO RECOGNIZED LOSSES |
| 298 | NO RECOGNIZED LOSSES |
| 299 | NO RECOGNIZED LOSSES |
| 300 | NO RECOGNIZED LOSSES |
| 301 | PURCHASED OUTISDE CLASS PERIOD |

**INELIGIBLE CLAIMS**                                                    **EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 302 | NO RECOGNIZED LOSSES |
| 303 | SHARES NOT PURCHASED |
| 304 | NO RECOGNIZED LOSSES |
| 305 | NO RECOGNIZED LOSSES |
| 306 | NO RECOGNIZED LOSSES |
| 308 | NO RECOGNIZED LOSSES |
| 309 | SHARES NOT PURCHASED |
| 310 | SHARES NOT PURCHASED |
| 311 | SHARES NOT PURCHASED |
| 312 | NO RECOGNIZED LOSSES |
| 313 | NO RECOGNIZED LOSSES |
| 314 | NO RECOGNIZED LOSSES |
| 315 | NO RECOGNIZED LOSSES |
| 316 | NO RECOGNIZED LOSSES |
| 317 | NO RECOGNIZED LOSSES |
| 318 | NO RECOGNIZED LOSSES |
| 319 | NO RECOGNIZED LOSSES |
| 320 | NO RECOGNIZED LOSSES |
| 321 | NO RECOGNIZED LOSSES |
| 322 | NO RECOGNIZED LOSSES |
| 323 | NO RECOGNIZED LOSSES |
| 324 | NO RECOGNIZED LOSSES |
| 325 | NO RECOGNIZED LOSSES |
| 326 | PURCHASED OUTISDE CLASS PERIOD |
| 327 | NO RECOGNIZED LOSSES |
| 328 | NO RECOGNIZED LOSSES |
| 329 | NO RECOGNIZED LOSSES |
| 330 | NO RECOGNIZED LOSSES |
| 331 | NO RECOGNIZED LOSSES |
| 332 | SHARES NOT PURCHASED |
| 333 | NO RECOGNIZED LOSSES |
| 334 | NO RECOGNIZED LOSSES |
| 335 | NO RECOGNIZED LOSSES |
| 336 | NO RECOGNIZED LOSSES |
| 337 | NO RECOGNIZED LOSSES |
| 338 | SHARES SOLD SHORT |
| 339 | PURCHASED OUTISDE CLASS PERIOD |
| 340 | NO RECOGNIZED LOSSES |
| 341 | NO RECOGNIZED LOSSES |
| 342 | NO RECOGNIZED LOSSES |
| 343 | NO RECOGNIZED LOSSES |
| 344 | NO RECOGNIZED LOSSES |
| 345 | NO RECOGNIZED LOSSES |
| 346 | NO RECOGNIZED LOSSES |
| 347 | NO RECOGNIZED LOSSES |
| 348 | NO RECOGNIZED LOSSES |
| 349 | NO RECOGNIZED LOSSES |
| 350 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 351 | SHARES SOLD SHORT |
| 352 | NO RECOGNIZED LOSSES |
| 353 | NO RECOGNIZED LOSSES |
| 354 | NO RECOGNIZED LOSSES |
| 355 | PURCHASED OUTISDE CLASS PERIOD |
| 356 | PURCHASED OUTISDE CLASS PERIOD |
| 357 | NO RECOGNIZED LOSSES |
| 360 | NO RECOGNIZED LOSSES |
| 361 | NO RECOGNIZED LOSSES |
| 362 | NO RECOGNIZED LOSSES |
| 363 | NO RECOGNIZED LOSSES |
| 365 | NO RECOGNIZED LOSSES |
| 367 | NO RECOGNIZED LOSSES |
| 368 | NO RECOGNIZED LOSSES |
| 369 | NO RECOGNIZED LOSSES |
| 370 | SHARES SOLD SHORT |
| 371 | PURCHASED OUTISDE CLASS PERIOD |
| 372 | NO RECOGNIZED LOSSES |
| 374 | NO RECOGNIZED LOSSES |
| 375 | NO RECOGNIZED LOSSES |
| 378 | NO RECOGNIZED LOSSES |
| 379 | NO RECOGNIZED LOSSES |
| 380 | PURCHASED OUTISDE CLASS PERIOD |
| 381 | PURCHASED OUTISDE CLASS PERIOD |
| 382 | NO RECOGNIZED LOSSES |
| 383 | NO RECOGNIZED LOSSES |
| 384 | NO RECOGNIZED LOSSES |
| 385 | SHARES SOLD SHORT |
| 386 | NO RECOGNIZED LOSSES |
| 387 | NO RECOGNIZED LOSSES |
| 389 | NO RECOGNIZED LOSSES |
| 390 | NO RECOGNIZED LOSSES |
| 391 | PURCHASED OUTISDE CLASS PERIOD |
| 392 | PURCHASED OUTISDE CLASS PERIOD |
| 393 | NO RECOGNIZED LOSSES |
| 395 | NO RECOGNIZED LOSSES |
| 396 | PURCHASED OUTISDE CLASS PERIOD |
| 397 | NO RECOGNIZED LOSSES |
| 398 | NO RECOGNIZED LOSSES |
| 399 | NO RECOGNIZED LOSSES |
| 400 | SHARES SOLD SHORT |
| 401 | NO RECOGNIZED LOSSES |
| 402 | SHARES SOLD SHORT |
| 403 | NO RECOGNIZED LOSSES |
| 404 | NO RECOGNIZED LOSSES |
| 405 | SHARES SOLD SHORT |
| 406 | NO RECOGNIZED LOSSES |
| 407 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**                                                                                      **EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 408 | NO RECOGNIZED LOSSES |
| 409 | PURCHASED OUTISDE CLASS PERIOD |
| 410 | PURCHASED OUTISDE CLASS PERIOD |
| 411 | PURCHASED OUTISDE CLASS PERIOD |
| 412 | NO RECOGNIZED LOSSES |
| 413 | NO RECOGNIZED LOSSES |
| 414 | NO RECOGNIZED LOSSES |
| 416 | NO RECOGNIZED LOSSES |
| 417 | NO RECOGNIZED LOSSES |
| 418 | NO RECOGNIZED LOSSES |
| 419 | PURCHASED OUTISDE CLASS PERIOD |
| 420 | PURCHASED OUTISDE CLASS PERIOD |
| 421 | SHARES SOLD SHORT |
| 422 | SHARES SOLD SHORT |
| 423 | NO RECOGNIZED LOSSES |
| 424 | NO RECOGNIZED LOSSES |
| 425 | NO RECOGNIZED LOSSES |
| 426 | NO RECOGNIZED LOSSES |
| 427 | NO RECOGNIZED LOSSES |
| 428 | NO RECOGNIZED LOSSES |
| 429 | NO RECOGNIZED LOSSES |
| 430 | NO RECOGNIZED LOSSES |
| 431 | NO RECOGNIZED LOSSES |
| 432 | NO RECOGNIZED LOSSES |
| 433 | NO RECOGNIZED LOSSES |
| 434 | NO RECOGNIZED LOSSES |
| 435 | NO RECOGNIZED LOSSES |
| 436 | NO RECOGNIZED LOSSES |
| 438 | NO RECOGNIZED LOSSES |
| 439 | NO RECOGNIZED LOSSES |
| 440 | NO RECOGNIZED LOSSES |
| 441 | NO RECOGNIZED LOSSES |
| 442 | NO RECOGNIZED LOSSES |
| 443 | NO RECOGNIZED LOSSES |
| 444 | NO RECOGNIZED LOSSES |
| 445 | NO RECOGNIZED LOSSES |
| 446 | NO RECOGNIZED LOSSES |
| 447 | NO RECOGNIZED LOSSES |
| 448 | NO RECOGNIZED LOSSES |
| 449 | NO RECOGNIZED LOSSES |
| 450 | NO RECOGNIZED LOSSES |
| 452 | NO RECOGNIZED LOSSES |
| 453 | NO RECOGNIZED LOSSES |
| 454 | NO RECOGNIZED LOSSES |
| 455 | NO RECOGNIZED LOSSES |
| 456 | NO RECOGNIZED LOSSES |
| 457 | NO RECOGNIZED LOSSES |
| 458 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 459 | NO RECOGNIZED LOSSES |
| 460 | NO RECOGNIZED LOSSES |
| 461 | NO RECOGNIZED LOSSES |
| 462 | SHARES SOLD SHORT |
| 463 | NO RECOGNIZED LOSSES |
| 464 | NO RECOGNIZED LOSSES |
| 465 | NO RECOGNIZED LOSSES |
| 466 | NO RECOGNIZED LOSSES |
| 467 | NO RECOGNIZED LOSSES |
| 468 | NO RECOGNIZED LOSSES |
| 469 | NO RECOGNIZED LOSSES |
| 470 | NO RECOGNIZED LOSSES |
| 471 | NO RECOGNIZED LOSSES |
| 472 | NO RECOGNIZED LOSSES |
| 473 | NO RECOGNIZED LOSSES |
| 474 | NO RECOGNIZED LOSSES |
| 475 | NO RECOGNIZED LOSSES |
| 476 | NO RECOGNIZED LOSSES |
| 477 | NO RECOGNIZED LOSSES |
| 478 | NO RECOGNIZED LOSSES |
| 479 | NO RECOGNIZED LOSSES |
| 480 | NO RECOGNIZED LOSSES |
| 481 | NO RECOGNIZED LOSSES |
| 482 | SHARES SOLD SHORT |
| 483 | NO RECOGNIZED LOSSES |
| 484 | NO RECOGNIZED LOSSES |
| 485 | NO RECOGNIZED LOSSES |
| 486 | NO RECOGNIZED LOSSES |
| 487 | NO RECOGNIZED LOSSES |
| 488 | NO RECOGNIZED LOSSES |
| 489 | NO RECOGNIZED LOSSES |
| 490 | NO RECOGNIZED LOSSES |
| 491 | NO RECOGNIZED LOSSES |
| 492 | NO RECOGNIZED LOSSES |
| 493 | SHARES SOLD SHORT |
| 494 | NO RECOGNIZED LOSSES |
| 495 | NO RECOGNIZED LOSSES |
| 496 | NO RECOGNIZED LOSSES |
| 497 | NO RECOGNIZED LOSSES |
| 498 | NO RECOGNIZED LOSSES |
| 499 | NO RECOGNIZED LOSSES |
| 500 | NO RECOGNIZED LOSSES |
| 501 | NO RECOGNIZED LOSSES |
| 502 | NO RECOGNIZED LOSSES |
| 503 | NO RECOGNIZED LOSSES |
| 504 | SHARES SOLD SHORT |
| 505 | NO RECOGNIZED LOSSES |
| 506 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 507 | NO RECOGNIZED LOSSES |
| 508 | NO RECOGNIZED LOSSES |
| 509 | NO RECOGNIZED LOSSES |
| 510 | NO RECOGNIZED LOSSES |
| 511 | NO RECOGNIZED LOSSES |
| 513 | NO RECOGNIZED LOSSES |
| 514 | NO RECOGNIZED LOSSES |
| 515 | NO RECOGNIZED LOSSES |
| 516 | NO RECOGNIZED LOSSES |
| 517 | NO RECOGNIZED LOSSES |
| 518 | NO RECOGNIZED LOSSES |
| 519 | NO RECOGNIZED LOSSES |
| 520 | NO RECOGNIZED LOSSES |
| 521 | NO RECOGNIZED LOSSES |
| 522 | NO RECOGNIZED LOSSES |
| 523 | NO RECOGNIZED LOSSES |
| 524 | NO RECOGNIZED LOSSES |
| 525 | NO RECOGNIZED LOSSES |
| 526 | NO RECOGNIZED LOSSES |
| 527 | SHARES SOLD SHORT |
| 528 | SHARES SOLD SHORT |
| 529 | NO RECOGNIZED LOSSES |
| 530 | NO RECOGNIZED LOSSES |
| 531 | NO RECOGNIZED LOSSES |
| 532 | NO RECOGNIZED LOSSES |
| 533 | NO RECOGNIZED LOSSES |
| 534 | NO RECOGNIZED LOSSES |
| 535 | NO RECOGNIZED LOSSES |
| 536 | NO RECOGNIZED LOSSES |
| 537 | NO RECOGNIZED LOSSES |
| 538 | NO RECOGNIZED LOSSES |
| 539 | NO RECOGNIZED LOSSES |
| 540 | NO RECOGNIZED LOSSES |
| 541 | SHARES SOLD SHORT |
| 542 | NO RECOGNIZED LOSSES |
| 543 | NO RECOGNIZED LOSSES |
| 544 | NO RECOGNIZED LOSSES |
| 545 | NO RECOGNIZED LOSSES |
| 546 | NO RECOGNIZED LOSSES |
| 547 | SHARES SOLD SHORT |
| 548 | NO RECOGNIZED LOSSES |
| 549 | NO RECOGNIZED LOSSES |
| 550 | NO RECOGNIZED LOSSES |
| 551 | NO RECOGNIZED LOSSES |
| 552 | NO RECOGNIZED LOSSES |
| 553 | PURCHASED OUTISDE CLASS PERIOD |
| 554 | SHARES NOT PURCHASED |
| 555 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 556 | NO RECOGNIZED LOSSES |
| 557 | NO RECOGNIZED LOSSES |
| 558 | NO RECOGNIZED LOSSES |
| 559 | NO RECOGNIZED LOSSES |
| 560 | NO RECOGNIZED LOSSES |
| 563 | NO RECOGNIZED LOSSES |
| 564 | NO RECOGNIZED LOSSES |
| 565 | NO RECOGNIZED LOSSES |
| 566 | NO RECOGNIZED LOSSES |
| 567 | NO RECOGNIZED LOSSES |
| 569 | NO RECOGNIZED LOSSES |
| 570 | NO RECOGNIZED LOSSES |
| 571 | NO RECOGNIZED LOSSES |
| 572 | NO RECOGNIZED LOSSES |
| 573 | NO RECOGNIZED LOSSES |
| 574 | NO RECOGNIZED LOSSES |
| 575 | NO RECOGNIZED LOSSES |
| 576 | NO RECOGNIZED LOSSES |
| 577 | NO RECOGNIZED LOSSES |
| 578 | NO RECOGNIZED LOSSES |
| 579 | NO RECOGNIZED LOSSES |
| 580 | SHARES SOLD SHORT |
| 581 | NO RECOGNIZED LOSSES |
| 582 | NO RECOGNIZED LOSSES |
| 583 | NO RECOGNIZED LOSSES |
| 584 | NO RECOGNIZED LOSSES |
| 585 | NO RECOGNIZED LOSSES |
| 586 | SHARES NOT PURCHASED |
| 587 | NO RECOGNIZED LOSSES |
| 588 | NO RECOGNIZED LOSSES |
| 589 | NO RECOGNIZED LOSSES |
| 590 | NO RECOGNIZED LOSSES |
| 591 | NO RECOGNIZED LOSSES |
| 592 | NO RECOGNIZED LOSSES |
| 593 | NO RECOGNIZED LOSSES |
| 594 | NO RECOGNIZED LOSSES |
| 595 | NO RECOGNIZED LOSSES |
| 596 | NO RECOGNIZED LOSSES |
| 598 | NO RECOGNIZED LOSSES |
| 599 | NO RECOGNIZED LOSSES |
| 600 | NO RECOGNIZED LOSSES |
| 601 | NO RECOGNIZED LOSSES |
| 602 | NO RECOGNIZED LOSSES |
| 603 | PURCHASED OUTISDE CLASS PERIOD |
| 604 | NO RECOGNIZED LOSSES |
| 605 | NO RECOGNIZED LOSSES |
| 606 | NO RECOGNIZED LOSSES |
| 607 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 608 | NO RECOGNIZED LOSSES |
| 609 | NO RECOGNIZED LOSSES |
| 610 | NO RECOGNIZED LOSSES |
| 611 | NO RECOGNIZED LOSSES |
| 612 | NO RECOGNIZED LOSSES |
| 613 | NO RECOGNIZED LOSSES |
| 614 | NO RECOGNIZED LOSSES |
| 615 | PURCHASED OUTISDE CLASS PERIOD |
| 616 | SHARES SOLD SHORT |
| 617 | NO RECOGNIZED LOSSES |
| 618 | NO RECOGNIZED LOSSES |
| 619 | NO RECOGNIZED LOSSES |
| 620 | PURCHASED OUTISDE CLASS PERIOD |
| 621 | NO RECOGNIZED LOSSES |
| 622 | NO RECOGNIZED LOSSES |
| 623 | NO RECOGNIZED LOSSES |
| 624 | NO RECOGNIZED LOSSES |
| 625 | NO RECOGNIZED LOSSES |
| 626 | NO RECOGNIZED LOSSES |
| 627 | SHARES SOLD SHORT |
| 628 | NO RECOGNIZED LOSSES |
| 629 | SHARES SOLD SHORT |
| 630 | NO RECOGNIZED LOSSES |
| 631 | NO RECOGNIZED LOSSES |
| 632 | NO RECOGNIZED LOSSES |
| 633 | NO RECOGNIZED LOSSES |
| 635 | NO RECOGNIZED LOSSES |
| 637 | NO RECOGNIZED LOSSES |
| 638 | NO RECOGNIZED LOSSES |
| 639 | NO RECOGNIZED LOSSES |
| 641 | NO RECOGNIZED LOSSES |
| 643 | PURCHASED OUTISDE CLASS PERIOD |
| 645 | NO RECOGNIZED LOSSES |
| 646 | NO RECOGNIZED LOSSES |
| 647 | NO RECOGNIZED LOSSES |
| 648 | PURCHASED OUTISDE CLASS PERIOD |
| 649 | NO RECOGNIZED LOSSES |
| 651 | NO RECOGNIZED LOSSES |
| 652 | PURCHASED OUTISDE CLASS PERIOD |
| 653 | NO RECOGNIZED LOSSES |
| 654 | NO RECOGNIZED LOSSES |
| 655 | NO RECOGNIZED LOSSES |
| 656 | NO RECOGNIZED LOSSES |
| 657 | NO RECOGNIZED LOSSES |
| 658 | NO RECOGNIZED LOSSES |
| 659 | NO RECOGNIZED LOSSES |
| 660 | NO RECOGNIZED LOSSES |
| 661 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS** #:1248                                                                    **EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 663 | SHARES NOT PURCHASED |
| 664 | NO RECOGNIZED LOSSES |
| 665 | NO RECOGNIZED LOSSES |
| 666 | NO RECOGNIZED LOSSES |
| 667 | NO RECOGNIZED LOSSES |
| 668 | PURCHASED OUTISDE CLASS PERIOD |
| 669 | NO RECOGNIZED LOSSES |
| 670 | NO RECOGNIZED LOSSES |
| 671 | NO RECOGNIZED LOSSES |
| 672 | NO RECOGNIZED LOSSES |
| 673 | NO RECOGNIZED LOSSES |
| 674 | NO RECOGNIZED LOSSES |
| 675 | NO RECOGNIZED LOSSES |
| 676 | NO RECOGNIZED LOSSES |
| 677 | NO RECOGNIZED LOSSES |
| 678 | NO RECOGNIZED LOSSES |
| 679 | NO RECOGNIZED LOSSES |
| 680 | NO RECOGNIZED LOSSES |
| 681 | NO RECOGNIZED LOSSES |
| 683 | NO RECOGNIZED LOSSES |
| 684 | NO RECOGNIZED LOSSES |
| 685 | NO RECOGNIZED LOSSES |
| 686 | NO RECOGNIZED LOSSES |
| 687 | NO RECOGNIZED LOSSES |
| 688 | NO RECOGNIZED LOSSES |
| 689 | NO RECOGNIZED LOSSES |
| 690 | NO RECOGNIZED LOSSES |
| 691 | NO RECOGNIZED LOSSES |
| 692 | NO RECOGNIZED LOSSES |
| 693 | NO RECOGNIZED LOSSES |
| 694 | PURCHASED OUTISDE CLASS PERIOD |
| 695 | SHARES SOLD SHORT |
| 696 | PURCHASED OUTISDE CLASS PERIOD |
| 697 | NO RECOGNIZED LOSSES |
| 698 | NO RECOGNIZED LOSSES |
| 699 | SHARES NOT PURCHASED |
| 700 | PURCHASED OUTISDE CLASS PERIOD |
| 701 | PURCHASED OUTISDE CLASS PERIOD |
| 702 | SHARES SOLD SHORT |
| 704 | SHARES SOLD SHORT |
| 705 | NO RECOGNIZED LOSSES |
| 706 | NO RECOGNIZED LOSSES |
| 707 | PURCHASED OUTISDE CLASS PERIOD |
| 708 | PURCHASED OUTISDE CLASS PERIOD |
| 709 | PURCHASED OUTISDE CLASS PERIOD |
| 711 | NO RECOGNIZED LOSSES |
| 712 | NO RECOGNIZED LOSSES |
| 713 | SHARES SOLD SHORT |

**INELIGIBLE CLAIMS**                                                                 **EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 714 | NO RECOGNIZED LOSSES |
| 715 | NO RECOGNIZED LOSSES |
| 716 | PURCHASED OUTISDE CLASS PERIOD |
| 717 | PURCHASED OUTISDE CLASS PERIOD |
| 718 | PURCHASED OUTISDE CLASS PERIOD |
| 719 | PURCHASED OUTISDE CLASS PERIOD |
| 720 | NO RECOGNIZED LOSSES |
| 721 | PURCHASED OUTISDE CLASS PERIOD |
| 722 | PURCHASED OUTISDE CLASS PERIOD |
| 723 | PURCHASED OUTISDE CLASS PERIOD |
| 724 | PURCHASED OUTISDE CLASS PERIOD |
| 725 | PURCHASED OUTISDE CLASS PERIOD |
| 726 | PURCHASED OUTISDE CLASS PERIOD |
| 727 | PURCHASED OUTISDE CLASS PERIOD |
| 728 | NO RECOGNIZED LOSSES |
| 729 | NO RECOGNIZED LOSSES |
| 730 | SHARES SOLD SHORT |
| 731 | SHARES SOLD SHORT |
| 733 | NO RECOGNIZED LOSSES |
| 734 | NO RECOGNIZED LOSSES |
| 735 | NO RECOGNIZED LOSSES |
| 736 | NO RECOGNIZED LOSSES |
| 737 | NO RECOGNIZED LOSSES |
| 739 | NO RECOGNIZED LOSSES |
| 740 | NO RECOGNIZED LOSSES |
| 741 | NO RECOGNIZED LOSSES |
| 742 | NO RECOGNIZED LOSSES |
| 743 | PURCHASED OUTISDE CLASS PERIOD |
| 744 | PURCHASED OUTISDE CLASS PERIOD |
| 745 | NO RECOGNIZED LOSSES |
| 746 | NO RECOGNIZED LOSSES |
| 747 | PURCHASED OUTISDE CLASS PERIOD |
| 748 | NO RECOGNIZED LOSSES |
| 751 | NO RECOGNIZED LOSSES |
| 752 | NO RECOGNIZED LOSSES |
| 753 | NO RECOGNIZED LOSSES |
| 758 | NO RECOGNIZED LOSSES |
| 759 | NO RECOGNIZED LOSSES |
| 760 | NO RECOGNIZED LOSSES |
| 761 | NO RECOGNIZED LOSSES |
| 762 | NO RECOGNIZED LOSSES |
| 763 | NO RECOGNIZED LOSSES |
| 764 | SHARES NOT PURCHASED |
| 765 | NO RECOGNIZED LOSSES |
| 766 | NO RECOGNIZED LOSSES |
| 767 | NO RECOGNIZED LOSSES |
| 768 | NO RECOGNIZED LOSSES |
| 769 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**
**EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 770 | NO RECOGNIZED LOSSES |
| 771 | NO RECOGNIZED LOSSES |
| 772 | NO RECOGNIZED LOSSES |
| 774 | NO RECOGNIZED LOSSES |
| 776 | NO RECOGNIZED LOSSES |
| 777 | NO RECOGNIZED LOSSES |
| 779 | NO RECOGNIZED LOSSES |
| 780 | SHARES NOT PURCHASED |
| 781 | NO RECOGNIZED LOSSES |
| 782 | NO RECOGNIZED LOSSES |
| 783 | NO RECOGNIZED LOSSES |
| 784 | NO RECOGNIZED LOSSES |
| 785 | NO RECOGNIZED LOSSES |
| 786 | NO RECOGNIZED LOSSES |
| 787 | NO RECOGNIZED LOSSES |
| 788 | NO RECOGNIZED LOSSES |
| 789 | NO RECOGNIZED LOSSES |
| 790 | SHARES SOLD SHORT |
| 791 | NO RECOGNIZED LOSSES |
| 792 | SHARES NOT PURCHASED |
| 793 | SHARES SOLD SHORT |
| 794 | NO RECOGNIZED LOSSES |
| 795 | SHARES NOT PURCHASED |
| 796 | DUPLICATE CLAIM FILED |
| 797 | PURCHASED OUTISDE CLASS PERIOD |
| 798 | DUPLICATE CLAIM FILED |
| 799 | SHARES SOLD SHORT |
| 800 | SHARES SOLD SHORT |
| 801 | PURCHASED OUTISDE CLASS PERIOD |
| 802 | SHARES NOT PURCHASED |
| 803 | PURCHASED OUTISDE CLASS PERIOD |
| 804 | PURCHASED OUTISDE CLASS PERIOD |
| 805 | PURCHASED OUTISDE CLASS PERIOD |
| 806 | NO RECOGNIZED LOSSES |
| 807 | SHARES SOLD SHORT |
| 808 | NO RECOGNIZED LOSSES |
| 809 | NO RECOGNIZED LOSSES |
| 811 | NO RECOGNIZED LOSSES |
| 812 | PURCHASED OUTISDE CLASS PERIOD |
| 813 | PURCHASED OUTISDE CLASS PERIOD |
| 814 | PURCHASED OUTISDE CLASS PERIOD |
| 815 | NO RECOGNIZED LOSSES |
| 817 | PURCHASED OUTISDE CLASS PERIOD |
| 818 | SHARES NOT PURCHASED |
| 819 | PURCHASED OUTISDE CLASS PERIOD |
| 821 | NO RECOGNIZED LOSSES |
| 825 | NO RECOGNIZED LOSSES |
| 829 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**                                                                 **EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 832 | NO RECOGNIZED LOSSES |
| 834 | NO RECOGNIZED LOSSES |
| 835 | NO RECOGNIZED LOSSES |
| 836 | PURCHASED OUTISDE CLASS PERIOD |
| 838 | NO RECOGNIZED LOSSES |
| 841 | PURCHASED OUTISDE CLASS PERIOD |
| 842 | CLAIM WITHDRAWN |
| 843 | PURCHASED OUTISDE CLASS PERIOD |
| 844 | NO RECOGNIZED LOSSES |
| 845 | NO RECOGNIZED LOSSES |
| 846 | NO RECOGNIZED LOSSES |
| 849 | NO RECOGNIZED LOSSES |
| 851 | PURCHASED OUTISDE CLASS PERIOD |
| 853 | PURCHASED OUTISDE CLASS PERIOD |
| 854 | PURCHASED OUTISDE CLASS PERIOD |
| 855 | PURCHASED OUTISDE CLASS PERIOD |
| 856 | PURCHASED OUTISDE CLASS PERIOD |
| 857 | NO RECOGNIZED LOSSES |
| 859 | NO RECOGNIZED LOSSES |
| 861 | NO RECOGNIZED LOSSES |
| 862 | PURCHASED OUTISDE CLASS PERIOD |
| 863 | NO RECOGNIZED LOSSES |
| 864 | NO RECOGNIZED LOSSES |
| 865 | NO RECOGNIZED LOSSES |
| 866 | NO RECOGNIZED LOSSES |
| 867 | NO RECOGNIZED LOSSES |
| 870 | PURCHASED OUTISDE CLASS PERIOD |
| 875 | NO RECOGNIZED LOSSES |
| 876 | NO RECOGNIZED LOSSES |
| 877 | NO RECOGNIZED LOSSES |
| 878 | NO RECOGNIZED LOSSES |
| 879 | NO RECOGNIZED LOSSES |
| 880 | NO RECOGNIZED LOSSES |
| 882 | NO RECOGNIZED LOSSES |
| 883 | NO RECOGNIZED LOSSES |
| 884 | NO RECOGNIZED LOSSES |
| 885 | NO RECOGNIZED LOSSES |

**Total**                                   **757**

**EXHIBIT F**

Likas v. ChinaCache International Holdings Ltd. et al.
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

**CONTROL#:**   2

**February 1, 2022**

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
|---|---|
| For any American Depositary Receipts ("ADRs") purchased and sold in the same period, listed in Table 1 of the Plan of Allocation, the recognized loss is $0.00.  The inflation was the same on the date of the purchase and sale. Also, for any shares purchased on May 17, 2019, the recognized loss is $0.00. | 300 |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than twenty (20) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.